**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

DISTRICT OF CONNECTICUT

Case number *(if known)* _____

Chapter you are filing under:

☐ Chapter 7

■ Chapter 11

☐ Chapter 12

☐ Chapter 13

☐ Check if this an amended filing

# Official Form 101
# Voluntary Petition for Individuals Filing for Bankruptcy

12/17

The bankruptcy forms use *you* and *Debtor 1* to refer to a debtor filing alone. A married couple may file a bankruptcy case together—called a *joint case*—and in joint cases, these forms use *you* to ask for information from both debtors. For example, if a form asks, "Do you own a car," the answer would be yes if either debtor owns a car. When information is needed about the spouses separately, the form uses *Debtor 1* and *Debtor 2* to distinguish between them. In joint cases, one of the spouses must report information as *Debtor 1* and the other as *Debtor 2*. The same person must be *Debtor 1* in all of the forms.

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

| Part 1: | Identify Yourself |
| --- | --- |

|  |  | About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
| --- | --- | --- | --- |
| 1. | **Your full name** <br><br> Write the name that is on your government-issued picture identification (for example, your driver's license or passport). <br><br> Bring your picture identification to your meeting with the trustee. | *Donna* <br> First name <br><br> *J.* <br> Middle name <br><br> *Barnes* <br> Last name and Suffix (Sr., Jr., II, III) | First name <br><br> Middle name <br><br> Last name and Suffix (Sr., Jr., II, III) |
| 2. | **All other names you have used in the last 8 years** <br> Include your married or maiden names. | *Donna Jo Barnes* <br> *FKA Donna J. Fahrbach* |  |
| 3. | **Only the last 4 digits of your Social Security number or federal Individual Taxpayer Identification number (ITIN)** | *xxx-xx-5836* |  |

Debtor 1    *Donna J. Barnes*                                              Case number *(if known)* _____

|  | About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
|---|---|---|

**4.** **Any business names and Employer Identification Numbers (EIN) you have used in the last 8 years**

Include trade names and *doing business as* names

About Debtor 1:

■ I have not used any business name or EINs.

Business name(s)
_____

EINs
_____

About Debtor 2 (Spouse Only in a Joint Case):

☐ I have not used any business name or EINs.

Business name(s)
_____

EINs
_____

**5.** **Where you live**

*145 Deercliff Rd.*
*Avon, CT 06001*
Number, Street, City, State & ZIP Code

*Hartford*
County

**If your mailing address is different from the one above, fill it in here.** Note that the court will send any notices to you at this mailing address.

_____
Number, P.O. Box, Street, City, State & ZIP Code

**If Debtor 2 lives at a different address:**

_____
Number, Street, City, State & ZIP Code

_____
County

**If Debtor 2's mailing address is different from yours, fill it in here.** Note that the court will send any notices to this mailing address.

_____
Number, P.O. Box, Street, City, State & ZIP Code

**6.** **Why you are choosing *this district* to file for bankruptcy**

*Check one:*

■ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.

☐ I have another reason.
Explain. (See 28 U.S.C. § 1408.)

_____

*Check one:*

☐ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.

☐ I have another reason.
Explain. (See 28 U.S.C. § 1408.)

_____

Debtor 1     *Donna J. Barnes*                    Case number *(if known)* _____

---

## Part 2:  Tell the Court About Your Bankruptcy Case

**7. The chapter of the Bankruptcy Code you are choosing to file under**

*Check one.* (For a brief description of each, see *Notice Required by 11 U.S.C. § 342(b) for Individuals Filing for Bankruptcy (Form 2010)).* Also, go to the top of page 1 and check the appropriate box.

- ☐ Chapter 7
- ■ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13

---

**8. How you will pay the fee**

- ■ **I will pay the entire fee when I file my petition.** Please check with the clerk's office in your local court for more details about how you may pay. Typically, if you are paying the fee yourself, you may pay with cash, cashier's check, or money order. If your attorney is submitting your payment on your behalf, your attorney may pay with a credit card or check with a pre-printed address.

- ☐ **I need to pay the fee in installments.** If you choose this option, sign and attach the *Application for Individuals to Pay The Filing Fee in Installments* (Official Form 103A).

- ☐ **I request that my fee be waived** (You may request this option only if you are filing for Chapter 7. By law, a judge may, but is not required to, waive your fee, and may do so only if your income is less than 150% of the official poverty line that applies to your family size and you are unable to pay the fee in installments). If you choose this option, you must fill out the *Application to Have the Chapter 7 Filing Fee Waived* (Official Form 103B) and file it with your petition.

---

**9. Have you filed for bankruptcy within the last 8 years?**

- ■ No.
- ☐ Yes.

| District | _____ | When | _____ | Case number | _____ |
| District | _____ | When | _____ | Case number | _____ |
| District | _____ | When | _____ | Case number | _____ |

---

**10. Are any bankruptcy cases pending or being filed by a spouse who is not filing this case with you, or by a business partner, or by an affiliate?**

- ■ No
- ☐ Yes.

| Debtor | _____ | | | Relationship to you | _____ |
| District | _____ | When | _____ | Case number, if known | _____ |
| Debtor | _____ | | | Relationship to you | _____ |
| District | _____ | When | _____ | Case number, if known | _____ |

---

**11. Do you rent your residence?**

- ■ No.    Go to line 12.
- ☐ Yes.    Has your landlord obtained an eviction judgment against you?
  - ☐ No. Go to line 12.
  - ☐ Yes. Fill out *Initial Statement About an Eviction Judgment Against You* (Form 101A) and file it as part of this bankruptcy petition.

---

Debtor 1    **_Donna J. Barnes_**

Case number *(if known)*

---

| **Part 3:** | **Report About Any Businesses You Own as a Sole Proprietor** |

**12.** **Are you a sole proprietor of any full- or part-time business?**

A sole proprietorship is a business you operate as an individual, and is not a separate legal entity such as a corporation, partnership, or LLC.

If you have more than one sole proprietorship, use a separate sheet and attach it to this petition.

■ No.    Go to Part 4.

☐ Yes.    Name and location of business

_____
Name of business, if any

_____

_____
Number, Street, City, State & ZIP Code

*Check the appropriate box to describe your business:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ None of the above

---

**13.** **Are you filing under Chapter 11 of the Bankruptcy Code and are you a *small business debtor*?**

For a definition of *small business debtor*, see 11 U.S.C. § 101(51D).

*If you are filing under Chapter 11, the court must know whether you are a small business debtor so that it can set appropriate deadlines.* If you indicate that you are a small business debtor, you must attach your most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. 1116(1)(B).

☐ No.    I am not filing under Chapter 11.

■ No.    I am filing under Chapter 11, but I am NOT a small business debtor according to the definition in the Bankruptcy Code.

☐ Yes.    I am filing under Chapter 11 and I am a small business debtor according to the definition in the Bankruptcy Code.

---

| **Part 4:** | **Report if You Own or Have Any Hazardous Property or Any Property That Needs Immediate Attention** |

**14.** **Do you own or have any property that poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety? Or do you own any property that needs immediate attention?**

*For example, do you own perishable goods, or livestock that must be fed, or a building that needs urgent repairs?*

■ No.

☐ Yes.    What is the hazard?    _____

If immediate attention is needed, why is it needed?    _____

Where is the property?    _____
Number, Street, City, State & Zip Code

---

Debtor 1   **Donna J. Barnes**

Case number *(if known)*

---

**Part 5:   Explain Your Efforts to Receive a Briefing About Credit Counseling**

| | **About Debtor 1:** | **About Debtor 2 (Spouse Only in a Joint Case):** |
|---|---|---|

**15.   Tell the court whether you have received a briefing about credit counseling.**

The law requires that you receive a briefing about credit counseling before you file for bankruptcy. You must truthfully check one of the following choices. If you cannot do so, you are not eligible to file.

If you file anyway, the court can dismiss your case, you will lose whatever filing fee you paid, and your creditors can begin collection activities again.

**About Debtor 1:**

*You must check one:*

■ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**

Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**

Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**

To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy. If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.

Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

☐ **I am not required to receive a briefing about credit counseling because of:**

   ☐ **Incapacity.**
   I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

   ☐ **Disability.**
   My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

   ☐ **Active duty.**
   I am currently on active military duty in a military combat zone.

If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver credit counseling with the court.

**About Debtor 2 (Spouse Only in a Joint Case):**

*You must check one:*

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**

Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**

Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**

To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.

If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.

Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

☐ **I am not required to receive a briefing about credit counseling because of:**

   ☐ **Incapacity.**
   I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

   ☐ **Disability.**
   My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

   ☐ **Active duty.**
   I am currently on active military duty in a military combat zone.

If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver of credit counseling with the court.

Debtor 1    *Donna J. Barnes*                                         Case number *(if known)*

---

| Part 6: | Answer These Questions for Reporting Purposes |
|---|---|

**16. What kind of debts do you have?**

16a.    **Are your debts primarily consumer debts?** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

■ No. Go to line 16b.

☐ Yes. Go to line 17.

16b.    **Are your debts primarily business debts?** *Business debts* are debts that you incurred to obtain money for a business or investment or through the operation of the business or investment.

☐ No. Go to line 16c.

■ Yes. Go to line 17.

16c.    State the type of debts you owe that are not consumer debts or business debts

---

**17. Are you filing under Chapter 7?**

■ No.    I am not filing under Chapter 7. Go to line 18.

**Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available for distribution to unsecured creditors?**

☐ Yes.    I am filing under Chapter 7. Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available to distribute to unsecured creditors?

☐ No

☐ Yes

---

**18. How many Creditors do you estimate that you owe?**

| | | |
|---|---|---|
| ■ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

---

**19. How much do you estimate your assets to be worth?**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ■ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

**20. How much do you estimate your liabilities to be?**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ■ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

| Part 7: | Sign Below |
|---|---|

**For you**

I have examined this petition, and I declare under penalty of perjury that the information provided is true and correct.

If I have chosen to file under Chapter 7, I am aware that I may proceed, if eligible, under Chapter 7, 11,12, or 13 of title 11, United States Code. I understand the relief available under each chapter, and I choose to proceed under Chapter 7.

If no attorney represents me and I did not pay or agree to pay someone who is not an attorney to help me fill out this document, I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I understand making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

*/s/ Donna J. Barnes*

*Donna J. Barnes*                                         _____
Signature of Debtor 1                                    Signature of Debtor 2

Executed on    *March 14, 2019*                          Executed on    _____
MM / DD / YYYY                                           MM / DD / YYYY

---

Debtor 1    **Donna J. Barnes**                                    Case number *(if known)*

---

**For your attorney, if you are represented by one**

**If you are not represented by an attorney, you do not need to file this page.**

I, the attorney for the debtor(s) named in this petition, declare that I have informed the debtor(s) about eligibility to proceed under Chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each chapter for which the person is eligible.  I also certify that I have delivered to the debtor(s) the notice required by 11 U.S.C. § 342(b) and, in a case in which § 707(b)(4)(D) applies, certify that I have no knowledge after an inquiry that the information in the schedules filed with the petition is incorrect.

**/s/ Jon P. Newton**                                    Date    **March 14, 2019**
Signature of Attorney for Debtor                                    MM / DD / YYYY

**Jon P. Newton**
Printed name

**Reid and Riege, P.C.**
Firm name

**One Financial Plaza**
**Hartford, CT 06103**
Number, Street, City, State & ZIP Code

Contact phone    **860.278.1150**                    Email address    **jnewton@rrlawpc.com**

**ct03376 CT**
Bar number & State

---

Certificate Number: 00134-CT-CC-032441576



00134-CT-CC-032441576

# CERTIFICATE OF COUNSELING

I CERTIFY that on March 14, 2019, at 11:20 o'clock AM EDT, Donna Jo Barnes received from Cricket Debt Counseling, an agency approved pursuant to 11 U.S.C. § 111 to provide credit counseling in the District of Connecticut, an individual [or group] briefing that complied with the provisions of 11 U.S.C. §§ 109(h) and 111.

A debt repayment plan was not prepared. If a debt repayment plan was prepared, a copy of the debt repayment plan is attached to this certificate.

This counseling session was conducted by internet.

Date:    March 14, 2019              By:      /s/Sam Bringhurst

                                     Name:   Sam Bringhurst

                                     Title:    Counselor

* Individuals who wish to file a bankruptcy case under title 11 of the United States Bankruptcy Code are required to file with the United States Bankruptcy Court a completed certificate of counseling from the nonprofit budget and credit counseling agency that provided the individual the counseling services and a copy of the debt repayment plan, if any, developed through the credit counseling agency. See 11 U.S.C. §§ 109(h) and 521(b).

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | ***Donna J. Barnes*** |
| | First Name     Middle Name     Last Name |
| Debtor 2 | |
| (Spouse if, filing) | First Name     Middle Name     Last Name |
| United States Bankruptcy Court for the: | DISTRICT OF CONNECTICUT |
| Case number (if known) | |

☐ Check if this is an amended filing

## B 104

## For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims Against You and Are Not Insiders

12/15

If you are an individual filing for bankruptcy under Chapter 11, you must fill out this form. If you are filing under Chapter 7, Chapter 12, or Chapter 13, do not fill out this form. Do not include claims by anyone who is an insider. Insiders include your relatives; any general partners; relatives of any general partners; partnerships of which you are a general partner; corporations of which you are an officer, director, person in control, or owner of 20 percent or more of their voting securities; and any managing agent, including one for a business you operate as a sole proprietor. 11 U.S.C. § 101. Also, do not include claims by secured creditors unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information.

**Part 1:**   List the 20 Unsecured Claims in Order from Largest to Smallest. Do Not Include Claims by Insiders.

                                                                      **Unsecured claim**

**1**   ***Creating Landscaping***
***Attn:  Pres./Partner/Managing Agent***
***PO Box 246***
***Narragansett, RI 02882***

What is the nature of the claim?   ***landscaping***   $ ***20,383.75***

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

Does the creditor have a lien on your property?
■ No
☐ Yes. Total claim (secured and unsecured)   $
            Value of security:   - $
            Unsecured claim   $

Contact

Contact phone

**2**   ***Chubb Insurance***
***Attn:  Pres./Partner/Managing Agent***
***PO Box 7247-0180***
***Philadelphia, PA 19170***

What is the nature of the claim?   ***insurance***   $ ***10,130.68***

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

Does the creditor have a lien on your property?
■ No
☐ Yes. Total claim (secured and unsecured)   $
            Value of security:   - $
            Unsecured claim   $

Contact

Contact phone

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com            Best Case Bankruptcy

Debtor 1    _Donna J. Barnes_              Case number *(if known)* _____

---

**3**

*Kelly Burke Interiors*
*Attn: Pres./Partner/Managing*
*Agent*
*1040 New Britain Ave*
*West Hartford, CT 06110*

_____

Contact
_____

Contact phone

**What is the nature of the claim?**    *construction*    $ *$9,522.00*

**As of the date you file, the claim is:** Check all that apply

☐   Contingent
☐   Unliquidated
☐   Disputed
■   None of the above apply

**Does the creditor have a lien on your property?**

■   No
☐   Yes. Total claim (secured and unsecured)    $ _____
           Value of security:    - $ _____
           Unsecured claim    $ _____

---

**4**

*Chubb Insurance*
*Attn: Pres./Partner/Managing*
*Agent*
*PO Box 7247-0180*
*Philadelphia, PA 19170*

_____

Contact
_____

Contact phone

**What is the nature of the claim?**    *insurance*    $ *$9,101.40*

**As of the date you file, the claim is:** Check all that apply

☐   Contingent
☐   Unliquidated
☐   Disputed
■   None of the above apply

**Does the creditor have a lien on your property?**

■   No
☐   Yes. Total claim (secured and unsecured)    $ _____
           Value of security:    - $ _____
           Unsecured claim    $ _____

---

**5**

*Bank of America*
*Attn: Pres./Partner/Managing*
*Agent*
*PO Box 15019*
*Wilmington, DL 19866*

_____

Contact
_____

Contact phone

**What is the nature of the claim?**    *credit card*    $ *$6,384.15*

**As of the date you file, the claim is:** Check all that apply

☐   Contingent
☐   Unliquidated
☐   Disputed
■   None of the above apply

**Does the creditor have a lien on your property?**

■   No
☐   Yes. Total claim (secured and unsecured)    $ _____
           Value of security:    - $ _____
           Unsecured claim    $ _____

---

**6**

*Watch Hill Fire District*
*Attn: Pres./Partner/Managing*
*Agent*
*15 Spring St.*
*Westerly, RI 02891*

**What is the nature of the claim?**    *taxes 33 Bay St.,*    $ *$5,905.22*
                               *Westerly, RI*

**As of the date you file, the claim is:** Check all that apply

☐   Contingent
☐   Unliquidated
☐   Disputed
■   None of the above apply

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

Debtor 1    *Donna J. Barnes*                                    Case number *(if known)* _____

|  |  |
|---|---|
| | **Does the creditor have a lien on your property?** |
| _____ | ■ No |
| Contact | ☐ Yes. Total claim (secured and unsecured) $ _____ |
| _____ | Value of security:    - $ _____ |
| Contact phone | Unsecured claim    $ _____ |

---

**7**    *National Grid*
*Attn:  Pres./Partner/Managing Agent*
*PO Box 960*
*Northboro, Ma 01532*

What is the nature of the claim?    *electric*    $ *$5,827.39*

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

Does the creditor have a lien on your property?
■ No
☐ Yes. Total claim (secured and unsecured) $ _____
Value of security:    - $ _____
Unsecured claim    $ _____

Contact _____
Contact phone _____

---

**8**    *Capital One*
*Attn:  Pres./Partner/Managing Agent*
*PO Box 71083*
*Charlotte, NC 28727*

What is the nature of the claim?    *credit card*    $ *$4,773.32*

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

Does the creditor have a lien on your property?
■ No
☐ Yes. Total claim (secured and unsecured) $ _____
Value of security:    - $ _____
Unsecured claim    $ _____

Contact _____
Contact phone _____

---

**9**    *Affordable Landscape*
*Attn:  Pres./Partner/Managing Agent*
*PO Box 370434*
*West Hartford, CT 06137*

What is the nature of the claim?    *landscape*    $ *$4,685.44*

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

Does the creditor have a lien on your property?
■ No
☐ Yes. Total claim (secured and unsecured) $ _____
Value of security:    - $ _____
Unsecured claim    $ _____

Contact _____
Contact phone _____

---

**10**    *Corey Turner*
*Attn:  Pres./Partner/Managing Agent*

What is the nature of the claim?    *window*    $ *$4,500.00*

---

B 104 (Official Form 104)    For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims    Page 3

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor 1    *Donna J. Barnes* _____    Case number *(if known)* _____

*109 Commerce Street*
*Glastonbury, CT 06033*

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed
☒ None of the above apply

**Does the creditor have a lien on your property?**

☒ No
☐ Yes. Total claim (secured and unsecured) $ _____
Value of security: - $ _____
Unsecured claim $ _____

_____
_____
Contact
_____
Contact phone

---

| 11 | *PayPal Credit*<br>*Attn: Pres./Partner/Managing*<br>*Agent*<br>*PO Box 71202*<br>*Charlotte, NC 28727* |

What is the nature of the claim?    *credit card*    $ *3,609.49*

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed
☒ None of the above apply

**Does the creditor have a lien on your property?**

☒ No
☐ Yes. Total claim (secured and unsecured) $ _____
Value of security: - $ _____
Unsecured claim $ _____

_____
_____
Contact
_____
Contact phone

---

| 12 | *American Bankers Insurance*<br>*Company of Fl*<br>*Attn: Pres./Partner/Mng Agent*<br>*PO Box 731178*<br>*DALLAS, TX 75373* |

What is the nature of the claim?    *Westerly RI ins on boat house*    $ *3,277.00*

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed
☒ None of the above apply

**Does the creditor have a lien on your property?**

☒ No
☐ Yes. Total claim (secured and unsecured) $ _____
Value of security: - $ _____
Unsecured claim $ _____

_____
_____
Contact
_____
Contact phone

---

| 13 | *State Auto Insurance*<br>*Attn: Pres./Partner/Managing*<br>*Agent*<br>*PO Box 182738*<br>*Columbus, OH 43218* |

What is the nature of the claim?    *car insurance*    $ *3,084.36*

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed
☒ None of the above apply

**Does the creditor have a lien on your property?**

☒ No
☐ Yes. Total claim (secured and unsecured) $ _____

_____
_____
Contact

---

B 104 (Official Form 104)    For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims    Page 4

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor 1   *Donna J. Barnes*                                   Case number *(if known)* _____

Contact phone _____          Value of security:            - $ _____
                                      Unsecured claim              $ _____

---

**14**   **Quinocco Oil**                    What is the nature of the claim?   *oil*              $ *2,864.61*
         **Attn:  Pres./Partner/Managing**
         **Agent**                           As of the date you file, the claim is: Check all that apply
         **1400 New Britain Ave**            ☐   Contingent
         **Farmington, CT 06032**            ☐   Unliquidated
                                             ☐   Disputed
                                             ■   None of the above apply

         _____                      Does the creditor have a lien on your property?
         _____                      ■   No
Contact _____                       ☐   Yes. Total claim (secured and unsecured)   $ _____
                                                     Value of security:                    - $ _____
Contact phone _____                         Unsecured claim                       $ _____

---

**15**   **Upromise**                        What is the nature of the claim?   *credit card*     $ *2,304.40*
         **Attn:  Pres./Partner/Managing**
         **Agent**                           As of the date you file, the claim is: Check all that apply
         **PO Box 1337**                     ☐   Contingent
         **Philadelphia, PA 19010**          ☐   Unliquidated
                                             ☐   Disputed
                                             ■   None of the above apply

         _____                      Does the creditor have a lien on your property?
         _____                      ■   No
Contact _____                       ☐   Yes. Total claim (secured and unsecured)   $ _____
                                                     Value of security:                    - $ _____
Contact phone _____                         Unsecured claim                       $ _____

---

**16**   **Bank of America**                 What is the nature of the claim?   *credit card*     $ *2,071.56*
         **Attn:  Pres./Partner/Managing**
         **Agent**                           As of the date you file, the claim is: Check all that apply
         **PO Box 15019**                    ☐   Contingent
         **Wilmington, DL 19866**            ☐   Unliquidated
                                             ☐   Disputed
                                             ■   None of the above apply

         _____                      Does the creditor have a lien on your property?
         _____                      ■   No
Contact _____                       ☐   Yes. Total claim (secured and unsecured)   $ _____
                                                     Value of security:                    - $ _____
Contact phone _____                         Unsecured claim                       $ _____

---

**17**   **Mosquito Squad**                  What is the nature of the claim?   *pest control*    $ *2,012.00*
         **Attn:  Pres./Partner/Managing**
         **Agent**                           As of the date you file, the claim is: Check all that apply
         **2829 East Main Street**           ☐   Contingent
         **Portsmouth, RI 02871**            ☐   Unliquidated
                                             ☐   Disputed
                                             ■   None of the above apply

---

B 104 (Official Form 104)          For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims          Page 5

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                                              Best Case Bankruptcy

Debtor 1    *Donna J. Barnes*                                Case number *(if known)* _____

| | Does the creditor have a lien on your property? |
|---|---|
| | ■ No |
| Contact | ☐ Yes. Total claim (secured and unsecured)    $ _____ |
| | Value of security:    - $ _____ |
| Contact phone | Unsecured claim    $ _____ |

---

**18**

**Eversource**
**Attn:  Pres./Partner/Managing**
**Agent**
**PO Box 56002**
**Boston, MA 02205**

What is the nature of the claim?    *electric*    $ *1,907.39*

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

| | Does the creditor have a lien on your property? |
|---|---|
| | ■ No |
| Contact | ☐ Yes. Total claim (secured and unsecured)    $ _____ |
| | Value of security:    - $ _____ |
| Contact phone | Unsecured claim    $ _____ |

---

**19**

**Beautiful Cleaning Company**
**Attn:  Pres./Partner/Managing**
**Agent**
**PO Box 1162**
**Hope Valley, RI 02832**

What is the nature of the claim?    *cleaning*    $ *1,904.44*

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

| | Does the creditor have a lien on your property? |
|---|---|
| | ■ No |
| Contact | ☐ Yes. Total claim (secured and unsecured)    $ _____ |
| | Value of security:    - $ _____ |
| Contact phone | Unsecured claim    $ _____ |

---

**20**

**Nordstrom**
**Attn:  Pres./Partner/Managing**
**Agent**
**PO Box 79139**
**Phoenix, AZ 85062**

What is the nature of the claim?    *credit card*    $ *1,783.11*

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

| | Does the creditor have a lien on your property? |
|---|---|
| | ■ No |
| Contact | ☐ Yes. Total claim (secured and unsecured)    $ _____ |
| | Value of security:    - $ _____ |
| Contact phone | Unsecured claim    $ _____ |

---

**Part 2:**    **Sign Below**

Under penalty of perjury, I declare that the information provided in this form is true and correct.

B 104 (Official Form 104)    For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims    Page 6

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor 1     **_Donna J. Barnes_**                      Case number _(if known)_ _____

**X**    **_/s/ Donna J. Barnes_** _____        **X**   _____
     **_Donna J. Barnes_**                            Signature of Debtor 2
     Signature of Debtor 1

     Date    **_March 14, 2019_** _____        Date   _____

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                                     Best Case Bankruptcy

**United States Bankruptcy Court**
**District of Connecticut**

In re  *Donna J. Barnes*                                             Case No.
                                          Debtor(s)       Chapter     *11*

# VERIFICATION OF CREDITOR MATRIX

The above-named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date:  *March 14, 2019*                         */s/ Donna J. Barnes*
                                                *Donna J. Barnes*
                                                Signature of Debtor

Affordable Landscape
Attn: Pres./Partner/Managing Agent
PO Box 370434
West Hartford, CT 06137

American Bankers Insurance
    Company of Fl
Attn: Pres./Partner/Mng Agent
PO Box 731178
DALLAS, TX 75373

American Bankers Insurance
     Company of FL
Attn: Pres./Partner/Mng Agent
PO Box 731178
Dallas, TX 75373

Bank of America
Attn: Pres./Partner/Managing Agent
PO Box 15019
Wilmington, DL 19866

Beautiful Cleaning Company
Attn: Pres./Partner/Managing Agent
PO Box 1162
Hope Valley, RI 02832

Capital One
Attn: Pres./Partner/Managing Agent
PO Box 71083
Charlotte, NC 28727

Chubb Insurance
Attn: Pres./Partner/Managing Agent
PO Box 7247-0180
Philadelphia, PA 19170

Continental Security
Attn: Pres./Partner/Managing Agent
PO Box 482
Farmington, CT 06032

Corey Turner
Attn: Pres./Partner/Managing Agent
109 Commerce Street
Glastonbury, CT 06033

Creating Landscaping
Attn: Pres./Partner/Managing Agent
PO Box 246
Narragansett, RI 02882


Dan Solaz
c/o Dan Burgoyne, Esq.
Ten Weybosset St., Ste 800
Providence, RI 02903


Deb Dacosta
Attn: Pres./Partner/Managing Agent
41 Deforest Ave
Bridgeport, CT 06607


Engineered Security
Attn: Pres./Partner/Managing Agent
2c Celestial Ave
Narragansett, RI 02882


Eversource
Attn: Pres./Partner/Managing Agent
PO Box 56002
Boston, MA 02205


French Cleaners
Attn: Pres./Partner/Managing Agent
935 Farmington Avon
West Hartford, CT 06107


JCrew
Attn: Pres./Partner/Managing Agent
PO Box 659704
San Antonio, TX 78265


Kelly Burke Interiors
Attn: Pres./Partner/Managing Agent
1040 New Britain Ave
West Hartford, CT 06110


Mark Brett
c/o Charles Miller, Esq.
PMB 108
1245 Farmington Ave.
West Hartford, CT 06107

Mosquito Squad
Attn: Pres./Partner/Managing Agent
2829 East Main Street
Portsmouth, RI 02871


National Grid
Attn: Pres./Partner/Managing Agent
PO Box 960
Northboro, Ma 01532


Nordstrom
Attn: Pres./Partner/Managing Agent
PO Box 79139
Phoenix, AZ 85062


PayPal Credit
Attn: Pres./Partner/Managing Agent
PO Box 71202
Charlotte, NC 28727


Pool Doctor
Attn: Pres./Partner/Managing Agent
2200 Noose Neck Road
Coventry, RI 02816


Quinocco Oil
Attn: Pres./Partner/Managing Agent
1400 New Britain Ave
Farmington, CT 06032


Reinhart Food Service, LLC
c/o Peter Clarkin, Esq.
72 Pine St., 4th Fl.
Providence, RI 02903


RTM Capital Partners et al.
c/o Shechtman Halperin
Attn: Pres./Partner/Mng Agent
1080 Main St.
Pawtucket, RI 02860


Shem Creek Haystack, LLC
Attn: Pres./Partner/Managing Agent
16 Laurel Ave.
Wellesley, MA 02841

Spicer Advanced Gas
Attn: Pres./Partner/Managing Agent
PO Box 903
Groton, CT 06340


State Auto Insurance
Attn: Pres./Partner/Managing Agent
PO Box 182738
Columbus, OH 43218


Supreme Forest Products
Attn: Pres./Partner/Managing Agent
49 Depaolo Drive
Southington, CT 06489


Town of Avon CT
Tax Collector
Attn: Pres./Partner/Managing Agent
60 W. Main St.
Avon, CT 06001


Town of Westerly  RI
Tax Collector
Attn: Pres./Partner/Managing Agent
PO Box 9900
Westerly, RI 02891


Town of Westerly RI
Water Dept.
Attn: Pres./Partner/Managing Agent
PO BOX 9900
Westerly, RI 02891


UBS
Attn: Pres./Partner/Managing Agent
PO Box 77423
Ewing, NJ 08628


Upromise
Attn: Pres./Partner/Managing Agent
PO Box 1337
Philadelphia, PA 19010


Verizon Wireless
Attn: Pres./Partner/Managing Agent
PO Box 15062
Albany, NY 12212

```
Watch Hill Fire District
Attn: Pres./Partner/Managing Agent
15 Spring St.
Westerly, RI 02891


Xfinity
Attn: Pres./Partner/Managing Agent
PO Box 70219
Philadelphia, PA 19176
```