# United States Bankruptcy Court
## District of Connecticut



Filed and Entered
On Docket
March 14, 2019

In re:
    Donna J. Barnes
    Debtor*

Case Number: 19–20400 jjt
Chapter: 11

**DEFICIENCY NOTICE AND
NOTICE OF DISMISSAL OF CASE FOR FAILURE TO CURE DEFICIENCY**

The above−referenced case was commenced on March 14, 2019 (hereafter, the "Petition Date") with the following Petition Date Deficiencies indicated below:

**I.  DOCUMENTS REQUIRED TO BE FILED WITH THE PETITION**

**NOTICE** is hereby given that in accordance with the applicable provisions of 11 U.S.C. § 521, Federal Rule of Bankruptcy Procedure 1007, and D. Conn. Bankr. L.R. 1004−1 and 1007−1, the documents indicated below have not been filed with the Petition:

☐ Statement of Social Security Number (Official Form B121)

☐ List of Creditors/Creditors Not Uploaded

☐ Business Entity Petition: Documentation evidencing authority by authorized officer to file petition on behalf of the business.

**YOU ARE FURTHER NOTIFIED,** failure to cure the above deficiencies within five (5) days of the Petition Date **shall** result in the **DISMISSAL** of your case.

**II.  DOCUMENTS REQUIRED TO BE FILED WITH THE PETITION OR WITHIN FOURTEEN DAYS OF THE PETITION**

**NOTICE** is hereby given that in accordance with the applicable provisions of 11 U.S.C. § 521, Federal Rule of Bankruptcy Procedure 1007, and D. Conn. Bankr. L.R. 1007−1, the documents indicated below, and not filed to date or incorrectly filed to date, must be filed with the Court within fourteen days of the Petition Date:

☑ Schedules A/B, C, D, E/F, G, H, I, J (Official Forms B106A/B−B106J2 for Individuals, Official Forms B206A/B−B206H for Non−Individuals, Schedule C is not required for Non−Individual debtor)

☑ Summary of your Assets and Liabilities and Certain Statistical Information (Official Form B106Sum for Individuals, Official Form B206Sum for Non−Individuals)

☑ Statement of Financial Affairs (Official Form B107 for Individuals, Official Form B207 for Non−Individuals)

☑ Attorney's Disclosure of Compensation (Directors Form B2030)

☐ Credit Counseling Certificate (See 11 U.S.C. § 521 (b)(1)), Motion for Determination of Exigent Circumstances (See § 109(h)(3)), or Motion for Exemption from Credit Counseling (See § 109(h)(4)). See Bankruptcy Rules 1007(b) and (c).

- ☑ Declaration about Debtor's Schedules (Offical Form B106dec for Individuals, Form B206dec for Non–Individuals)

- ☐ Bankruptcy Petition Preparers Notice, Declaration and Signature (Official Form B119)

- ☑ Chapter 11 Statement of your Current Monthly Income (Chapter 11 Individuals only) (Official Form B122B)

- ☐ List of Creditors who have the 20 Largest Claims against you and are not Insiders (Official form B104 for individuals, Form B204 for Non–Individuals)

- ☐ List of Equity Security Holders

- ☐ Statement of Corporate Ownership (Corporations Only)

- ☐ Corporate Resolution (Corporations Only)

- ☐ Other

### III.    DISMISSAL OF CASE FOR FAILURE TO CURE DEFICIENCY / DEFICIENCIES

**YOU ARE HEREBY NOTIFIED** failure to timely cure the defiencies noted in Section I and/or Section II **shall** result in the **DISMISSAL** of your case.

**NOTE:** Moving parties without an attorney have an additional three (3) days to cure the deficiencies.

**YOU ARE FURTHER NOTIFIED** that if you filed an Application to Pay the Filing Fee in Installments, and you fail to pay the full filing fee by the final installment due date or any due date extended beyond the final installment due date, in accordance with Federal Rules of Bankruptcy Procedure 1006(b), **shall** result in **DISMISSAL** of your case.

Official Bankruptcy Forms are available on our website www.ctb.uscourts.gov

Dated: March 14, 2019

BY THE COURT

*Myrna Atwater*

Myrna Atwater
Clerk of Court

United States Bankruptcy Court    Tel. (860) 240–3675
District of Connecticut    VCIS* (866) 222–8029
450 Main Street, 7th Floor    * Voice Case Information System
Hartford, CT 06103    http://www.ctb.uscourts.gov
    Form 119 – ts

*For the purposes of this notice, "Debtor" means "Debtors" where applicable.