**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**HARTFORD DIVISION**

| | | |
|---|---|---|
| In re | : | Chapter 11 |
| | : | |
| DONNA J. BARNES | : | |
| | : | |
| _____Debtor_____ | : | Case No. 19-20400 |

### NOTICE OF APPEARANCE, REQUEST FOR ALL NOTICES, AND DEMAND FOR SERVICE OF ALL PLEADINGS AND FILINGS

PLEASE TAKE NOTICE that the undersigned hereby enters an appearance on behalf of

**Shem Creek Haystack LLC** a secured creditor in the above styled and numbered Chapter 11

bankruptcy case, as attorney for such party, and hereby requests notice of all hearings and

conferences in such case and makes demand for service of copies all pleadings, filings, notices,

and other actions and papers pursuant to 11 U.S.C. §342 and 1109(b), and Fed. R. Bankr. P.

2002 and 9010(b).  All such notices should be addressed as follows:

Craig I. Lifland, Esq.
Halloran & Sage LLP
225 Asylum Street
Hartford, CT 06103
Telephone: 860-241-4044
Fax: 860-548-0006
Email: Lifland@halloransage.com

PLEASE NOTE FURTHER that the foregoing request includes not only the notices,

pleadings, filings, and papers referred to in the above-referenced Bankruptcy Rules, but also

includes, without limitation, any and all plans, letters, correspondence, applications, motions,

complaints, objections, claims, demands, hearing, notices, or requests, whether formal or

informal, whether oral or in writing, which may be filed, submitted, transmitted, or conveyed to

the Bankruptcy Clerk, Bankruptcy Court, or Bankruptcy Judge (as such terms are used and



Halloran & Sage LLP
225 Asylum Street,
Hartford, CT 06103

Phone 860.522.6103
Fax 860.548.0006
Juris No. 26105

defined in Bankruptcy Rule 9001) in connection with this bankruptcy case and any proceedings related thereto and arising therefrom.

Dated at Hartford, Connecticut, this 26th day of March, 2019.

**SHEM CREEK HAYSTACK LLC**

By    /s/ Craig I. Lifland_____
    Craig I. Lifland
    Federal Bar No. ct00976
    Halloran & Sage LLP
    225 Asylum Street
    Hartford, CT 06103
    Tel.: 860-241-4044
    Fax: 860-548-0006
    lifland@halloransage.com

2

Halloran & Sage LLP
225 Asylum Street,
Hartford, CT 06103


HALLORAN
SAGE

Phone 860.522.6103
Fax 860.548.0006
Juris No. 26105

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**HARTFORD DIVISION**

| | | |
|---|---|---|
| In re | : | Chapter 11 |
| | : | |
| DONNA J. BARNES | : | |
| | : | |
| _____Debtor_____ | : | Case No. 19-20400 |

## <u>CERTIFICATE OF SERVICE</u>

This is to certify that a copy of the Notice of Appearance concerning the above-captioned

case was served via the Court's electronic CM/ECF system on March 26, 2019 on all parties

and/or counsel of record.

Dated at Hartford, Connecticut, this 26th day of March, 2019.

**SHEM CREEK HAYSTACK LLC**

By___/s/ Craig I. Lifland_____
     Craig I. Lifland
     Federal Bar No. ct00976
     Halloran & Sage LLP
     225 Asylum Street
     Hartford, CT 06103
     Tel.: 860-241-4044
     Fax: 860-548-0006
     lifland@halloransage.com

5846229v.1
Halloran & Sage LLP
225 Asylum Street,
Hartford, CT 06103

3


HALLORAN
SAGE

Phone 860.522.6103
Fax 860.548.0006
Juris No. 26105