**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**HARTFORD DIVISION**

| | |
|---|---|
| In re: | Chapter 11 |
| DONNA J. BARNES, | Case No. 19-20400 |
| Debtor | |

**MOTION FOR EXTENSION OF TIME TO**
**FILE SCHEDULES AND STATEMENT OF FINANCIAL AFFAIRS**

Donna J. Barnes, debtor and debtor-in-possession (the "Debtor"), by and through her counsel, Reid and Riege, P.C., hereby moves this Court, pursuant to Federal Rule of Bankruptcy Procedure 1007(c), for an order extending the time to file her Chapter 11 schedules of assets and liabilities and statement of financial affairs (collectively, the "Schedules"), and, in support thereof, respectfully represents as follows:

1. On March 14, 2019 (the "Petition Date"), the Debtor filed a voluntary petition for relief under Chapter 11 of title 11 of the United States Code in the United States Bankruptcy Court for the District of Connecticut, Hartford Division.

2. Federal Rule of Bankruptcy Procedure 1007(c) requires that schedules be filed within fourteen days after the entry of an order for relief. Rule 1007(c) permits an extension of the time to file schedules on motion for cause shown.

3. By this motion, the Debtor seeks an extension of time to file her Schedules. The Debtor has made good progress in this regard but still needs additional time, primarily so undersigned counsel can compile and correctly input the information.

25620.000/703904.1

4.   The Debtor anticipates that an extension of one week would allow her sufficient time to finalize the Schedules. Such an extension would not affect the section 341 meeting in this case, which is currently scheduled to take place on April 8, 2019.

5.   The Office of the United States Trustee has indicated, at the case management conference held on March 27, 2019, that it has no objection to the proposed extension.

WHEREFORE, the Debtor respectfully requests this Court to enter an order granting an extension of the Debtor's time to file her Schedules and for such other and further relief as this Court deems just and proper.

Dated at Hartford, Connecticut, this 28th day of March, 2019.

DONNA J. BARNES

By   /s/ Jon P. Newton
  Jon P. Newton
  Federal Bar No. ct03376
  Reid and Riege, P.C.
  One Financial Plaza
  Hartford, CT 06103-2600
  (860) 278-1150
  Fax (860) 240-1002
  jnewton@rrlawpc.com
  Her Attorneys