UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF CONNECTICUT
HARTFORD DIVISION

|  |  |
|---|---|
| In re ) | Chapter 11 |
| ) | Case No. 19-20400 |
| DONNA J. BARNES ) | |
| ) | |
| Debtor ) | |

# NOTICE OF APPEARANCE, REQUEST FOR ALL NOTICES, AND DEMAND FOR SERVICE OF ALL PLEADINGS AND FILINGS

To the Clerk:

Pursuant to the provisions of Rule 9010 of the Bankruptcy Rules, please enter our appearance as Counsel to REINHART FOODSERVICE, L.L.C., a party in interest in the above-captioned case and hereby requests notice of all hearings and conferences in such case and makes demand for service of all pleadings, filings, notices and other actions and papers pursuant to 11 U.S.C. § 342 and 1109(b), and Fed. R. Bankr. P. 2002 and 9010(b).

Reinhart FoodService, L.L.C.
By its Counsel

 /s/ Gary M. Weiner
 Gary M. Weiner, Esq.
 WEINER LAW FIRM, P.C.
 Federal Bar No. 05842
 1441 Main Street, Suite 610
 Springfield, MA 01103
 Tel. No. (413) 732-6840
 Fax. No. (413) 785-5666
 Gweiner@Weinerlegal.com

UNITED STATES BANKRUPTCY COURT  
FOR THE DISTRICT OF CONNECTICUT  
HARTFORD DIVISION

|  |  |
|---|---|
| In re | Chapter 11 |
|  | Case No. 19-20400 |
| DONNA J. BARNES |  |
| Debtor |  |

## CERTIFICATE OF SERVICE

I, Gary M. Weiner, Esq. do hereby certify that on the 11th day of April, 2018, a copy of the foregoing Appearance and Request for Notice was served via the Court's electronic CM/ECF system on all parties and/or counsel of record.

/s/ Gary M. Weiner, Esq.