## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF CONNECTICUT
## HARTFORD DIVISION

_____

| | |
|---|---|
| In re: | Chapter 11 |
| **DONNA J. BARNES,** | Case No. 19-20400 (JJT) |
| **Debtor.** | |

_____

### UNITED STATES TRUSTEE'S STATEMENT THAT UNSECURED CREDITORS' COMMITTEE HAS NOT BEEN APPOINTED

TO:   CLERK, UNITED STATES BANKRUPTCY COURT

William K. Harrington, United States Trustee for Region 2, through the undersigned counsel, states that, as of the date of this statement, no Committee of Unsecured Creditors has been appointed by the United States Trustee for the reason(s) checked below:

( )   Debtor's schedules reflect **no** unsecured creditors.

( )   No unsecured creditors responded to the United States Trustee's communication/contact for service on the committee(s).

(X)   Insufficient response to the United States Trustee's communication/contact for service on the committee.

( )   Non-operating debtor-in-possession; no creditor interest.

( )   Motion to convert to Chapter 7 or dismiss pending.

( )   Case converted or dismissed.

( )   Other.

Dated: April 22, 2019      Respectfully submitted,
New Haven, Connecticut    WILLIAM K. HARRINGTON
                          UNITED STATES TRUSTEE FOR REGION 2

                    By:    /s/ Steven E. Mackey
                          Steven E. Mackey, Esq. (ct09932)
                          Office of the United States Trustee
                          Giaimo Federal Building, Room 302
                          150 Court Street
                          New Haven, CT 06510
                          (203) 773-2210