# United States Bankruptcy Court

## District of Connecticut

In re:

Donna J. Barnes

Debtor*

Case Number: 19-20400

Chapter: 11

## ORDER TO SHOW CAUSE

**ORDERED:** Jon P. Newton shall appear on May 2, 2019, at 12:00:00 PM, at the United States Bankruptcy Court, 450 Main Street, 7th Floor Hartford, CT  06103, and show cause why Debtor's Monthly Operating Report (ECF No. 27) should not be redacted to remove personal identifiable information; and it is further

**ORDERED:** The Clerk's Office shall serve this Order by this Court's CM/ECF system, upon Debtor's Counsel, the case trustee, the Office of the United States Trustee, all creditors, parties in interest, and all parties appearing or otherwise requesting notice in this case.

Dated:   April 23, 2019

BY THE COURT

*James J. Tancredi*
United States Bankruptcy Judge
District of Connecticut

United States Bankruptcy Court
District of Connecticut
450 Main Street, 7th Floor
Hartford, CT 06103

* For the purposes of this order, "Debtor" means "Debtors" where applicable.