UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| IN RE:<br><br>DONNA J. BARNES,<br><br>      Debtor | CHAPTER 11<br><br>CASE NO. 19-20400 |

**AMENDED LIST OF CREDITORS**
**NOTICE OF CHANGE OF ADDRESSES FOR CREDITORS**

    The debtor, Donna J. Barnes, by and through her proposed attorneys, Reid and Riege, P.C., hereby submits the attached change of addresses for creditors.

    Dated at Hartford, Connecticut this 7th day of May, 2019.

                                    DONNA J. BARNES,

                                    BY   /s/ Jon P. Newton
                                            Jon P. Newton
                                            Federal Bar No. ct03376
                                            Reid and Riege, P.C.
                                            One Financial Plaza
                                            Hartford, CT  06103
                                            P 860.278.1150
                                            F 860.240.1002
                                            E-mail:  jnewton@rrlawpc.com
                                            ***Proposed Attorneys***

**CERTIFICATE OF SERVICE**

    The undersigned certifies that on the 28th day of March, 2019, copies of the Notice of Chapter 11 Bankruptcy Case (ECF #3) were mailed to the parties listed on the attached Amended List of Creditors/Notice of Change of Address for Creditors.

Dated:  May 7, 2019                                                  /s/ Jon P. Newton
                                                                        Jon P. Newton

# United States Bankruptcy Court
## District of Connecticut

In re: **Donna J. Barnes**  
Debtor

Case No. **19-20400**  
Chapter **11**

## AMENDED LIST OF CREDITORS
## NOTICE OF CHANGE OF ADDRESSES FOR CREDITORS

**The following are address changes for creditors:**

**1.** **The creditor's former mailing address was:**

Name: *Town of Westerly RI*  
*Tax Collector*  
Address: *Attn: Pres./Partner/Managing Agent*  
*PO Box 9900*  
*Westerly, RI  02891*

**The creditor's new mailing address is:**

Name: *Town of Westerly RI*  
*Tax Collector*  
Address: *Attn: Pres./Partner/Managing Agent*  
*45 Broad St.*  
*Westerly, RI  02891*

**2.** **The creditor's former mailing address was:**

Name: *Town of Westerly RI*  
*Water Dept.*  
Address: *Attn: Pres./Partner/Managing Agent*  
*PO Box 9900*  
*Westerly, RI  02891*

**The creditor's new mailing address is:**

Name: *Town of Westerly RI*  
*Water Dept.*  
Address: *Attn: Pres./Partner/Managing Agent*  
*68 White Rock Rd.*  
*Westerly, RI  02891*

**3.** **The Creditor's former mailing address was:**

Name: *Upromise*  
Address: *Attn: Pres./Partner/Managing Agent*  
*PO Box 1337*  
*Philadelphia, PA  19105*

**The creditor's new mailing address is:**

Name: *Upromise*
Address: *Attn: Pres./Partner/Managing Agent*
*PO Box 8802*
*Wilmington, DE  19899-8802*

*/s/ Donna J. Barnes*
Donna J. Barnes