UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT

In re DONNA J. BARNES

**Debtor**

Case No. 19-20400

Reporting Period: March 14-31, 2019

Social Security#     **5836**

(last 4 digits only)

### MONTHLY OPERATING REPORT
### (INDIVIDUAL WAGE EARNERS)

**File with the Court and submit a copy to the United States Trustee within 20 days after the end of the month and submit a copy of the report to any official committee appointed in the case.**
*(Reports for Rochester and Buffalo Divisions of Western District of New York are due 15 days after the end of the month, as are the reports for Southern District of New York.)*

| REQUIRED DOCUMENTS | Form No. | Document Attached | Explanation Attached |
|---|---|---|---|
| Schedule of Cash Receipts and Disbursements | MOR-1 (INDV) | √ | |
| Bank Reconciliation (or copies of debtor's bank reconciliations) | MOR-1 (CONT) | | |
| Copies of bank statements | | √ | |
| Disbursement Journal | MOR-2 (INDV) | √ | |
| Balance Sheet | MOR-3 (INDV) | √ | |
| Copies of tax returns filed during reporting period | | | |
| Summary of Unpaid Post-petition Debts | MOR-4 (INDV) | √ | |
| Status of Secured Notes, Leases, Installment Payments | MOR-5 (INDV) | √ | |
| Debtor Questionnaire | MOR-6 (INDV) | √ | |

I declare under penalty of perjury (28 U.S.C. Section 1746) that the documents attached to this report are true and correct to the best of my knowledge and belief.

Signature of Debtor         Date 4/22/19

Signature of Joint Debtor         Date

**In re** DONNA J. BARN3ES

**Debtor**

**Case No.** 19-20400

**Reporting Period:** March 14-31, 2019

### INDIVIDUAL DEBTOR CASH RECEIPTS AND CASH DISBURSEMENTS

(This Form must be submitted for each bank account maintained by the Debtor)

Amounts reported should be per the debtor's books, not the bank statement. The beginning cash should be the ending cash from the prior month or, if this is the first report, the amount should be the balance on the date the petition was filed. Attach the bank statements and a detailed list of all disbursements made during the report period that includes the date, the check number, the payee, the transaction description, and the amount. A bank reconciliation must be attached for each account. [See MOR-1 (CON'T)] **See attached Table 1**

| | Current Month Actual | Cumulative Filing to Date Actual |
|---|---|---|
| **Cash - Beginning of Month** | | |
| **RECEIPTS** | | |
| Wages (Net) | | |
| **Interest and Dividend Income** | | |
| Alimony and Child Support | | |
| Social Security and Pension Income | | |
| Sale of Assets | | |
| Other Income *(attach schedule)* | | |
| **Total Receipts** | | |
| **DISBURSEMENTS** | | |
| **ORDINARY ITEMS:** | | |
| Mortgage Payment(s) | | |
| Rental Payment(s) | | |
| **Other Secured Note Payments** | | |
| Utilities | | |
| Insurance | | |
| Auto Expense | | |
| Lease Payments | | |
| IRA Contributions | | |
| Repairs and Maintenance | | |
| Medical Expenses | | |
| Food, Clothing, Hygiene | | |
| Charitable Contributions | | |
| Alimony and Child Support Payments | | |
| Taxes - Real Estate | | |
| Taxes - Personal Property | | |
| Taxes - Other *(attach schedule)* | | |
| Travel and Entertainment | | |
| Gifts | | |
| Other *(attach schedule)* | | |
| **Total Ordinary Disbursements** | | |
| **REORGANIZATION ITEMS:** | | |
| Professional Fees | | |
| U. S. Trustee Fees | | |
| Other Reorganization Expenses *(attach schedule)* | | |
| **Total Reorganization Items** | | |
| **Total Disbursements** *(Ordinary + Reorganization)* | | |
| **Net Cash Flow** *(Total Receipts - Total Disbursements)* | | |
| **Cash - End of Month** *(Must equal reconciled bank statement)* | | |

In re DONNA J. BARN3ES                          Case No. 19-20400
_____                 _____
**Debtor**                                      **Reporting Period:** March 14-31, 2019

## INDIVIDUAL DEBTOR CASH RECEIPTS AND CASH DISBURSEMENTS
### (continuation sheet)

| BREAKDOWN OF "OTHER" CATEGORY | Current Month Actual | Cumulative Filing to Date Actual |
|---|---|---|
| **Other Income** | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| **Other Taxes** | | |
| | | |
| | | |
| | | |
| | | |
| **Other Ordinary Disbursements** | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| **Other Reorganization Expenses** | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

### THE FOLLOWING SECTION MUST BE COMPLETED
DISBURSEMENTS FOR CALCULATING U.S. TRUSTEE QUARTERLY FEES:  (FROM CURRENT MONTH ACTUAL COLUMN)

| | |
|---|---|
| **TOTAL DISBURSEMENTS** | $9,613.66 |
| LESS:  TRANSFERS TO OTHER DEBTOR IN POSSESSION ACCOUNTS | |
| PLUS:   ESTATE DISBURSEMENTS MADE BY OUTSIDE SOURCES (i.e. from escrow accounts) | |
| **TOTAL DISBURSEMENTS FOR CALCULATING U.S. TRUSTEE QUARTERLY FEES** | $9,613.66 |

In re DONNA J. BARNES

_____

**Debtor**

Case No. 19-20400

**Reporting Period:** March 14-31, 2019

## BANK RECONCILIATIONS

**Continuation Sheet for MOR-1**

A bank reconciliation must be included for each bank account.  The debtor's bank reconciliation may be substituted for this page.

(Bank account numbers may be redacted to last four numbers.)

| | Operating | Payroll | Tax | Other |
|---|---|---|---|---|
| | # | # | # | # |
| **BALANCE PER BOOKS** | | | | |
| | | | | |
| BANK BALANCE | | | | |
| (+) DEPOSITS IN TRANSIT *(ATTACH LIST)* | | | | |
| (-) OUTSTANDING CHECKS *(ATTACH LIST):* | | | | |
| OTHER *(ATTACH EXPLANATION)* | | | | |
| | | | | |
| **ADJUSTED BANK BALANCE\*** | | | | |

\*"Adjusted Bank Balance" must equal "Balance per Books"

| DEPOSITS IN TRANSIT | Date | Amount | Date | Amount |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| **CHECKS OUTSTANDING** | Ck.# | Amount | Ck.# | Amount |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

**OTHER**

_____

_____

_____

_____

_____

In re DONNA J. BARNES                                  Case No. 19-20400
      Debtor                                      Reporting Period: March 14-31, 2019

## DISBURSEMENT JOURNAL

### CASH DISBURSEMENTS - See attached Table 1

| Date | Payee | Purpose | Amount |
|------|-------|---------|--------|
|      |       |         |        |
|      |       |         |        |
|      |       |         |        |
|      |       |         |        |
|      |       |         |        |
|      |       |         |        |
|      |       |         |        |
|      |       |         |        |
|      |       |         |        |
|      |       |         |        |
|      |       |         |        |
|      |       |         |        |
|      | Total Cash Disbursements | | |

### BANK ACCOUNT DISBURSEMENTS

| Date | Payee | Purpose | Amount | Check# |
|------|-------|---------|--------|--------|
|      |       |         |        |        |
|      |       |         |        |        |
|      |       |         |        |        |
|      |       |         |        |        |
|      |       |         |        |        |
|      |       |         |        |        |
|      |       |         |        |        |
|      |       |         |        |        |
|      |       |         |        |        |
|      |       |         |        |        |
|      |       |         |        |        |
|      |       |         |        |        |
|      |       |         |        |        |
|      |       |         |        |        |
|      |       |         |        |        |
|      |       |         |        |        |
|      |       |         |        |        |
|      | Total Bank Account Disbursements | | | |

| Total Disbursements for the Month | |
|-----------------------------------|--|
| | |

Table 1

| | For | BOA | Webster 5092 | Date | Description | Special Notes | |
|---|---|---|---|---|---|---|---|
| **CASH** | | 3662.33 | 202.77 | 3/15/18 | Opening balance Day After Filing | | |
| **OTHER INCOME** | Deposit | | 1,200 | | | Transfered in by JRB | |
| | Deposit | | 10,000 | | | Transfered in by JRB to pay Chubb but I had already paid 2 bill from my BOA account. | |
| | Account credit | 275.82 | | 3/18/19 | | Reimbursement previously purchased items | |
| | Account credit | 42.69 | | 3/18/19 | | Reimbursement previously purchased items | |
| | Transfer from Ben | 200.00 | | | | | |
| **TOTAL** | | 4180.84 | 11402.77 | | | | |
| **DISBURSMENTS** | | | | | | | |
| **UTILITIES** | | | | | | | |
| | Quineco Fuel | 600.00 | | 3/26/19 | Oil | | |
| | Viking Fuel | | 1000.00 | 3/26/19 | Oil | | |
| | Chubb Insurance | | 4400.87 | 3/28/19 | RI | | |
| | Chubb Insurance | 545.22 | | 3/25/19 | Excess Liability | | |
| | Chubb Insurance | 1719.92 | | 3/25/19 | VT/CT | | |
| **AUTO** | | | | | | | |
| | Auto (gas) | 57.77 | | 3/18/19 | Mobile | | |
| | | 57.44 | | 3/25/19 | Shell | | |
| **MEDICAL** | | | | | | | |
| | Dental Cleaning | 145.00 | | 3/19/25 | Ann Sagalyn | | |
| **FOOD/HYGIENE/ CLOTHING** | | | | | | | |
| | CVS | 45.25 | | 3/15/19 | | | |
| | Big Y | 71.83 | | 3/27/19 | | | |
| **TRAVEL/ ENTERTAINMENT** | | | | | | | |
| | Concert Tickets | | 159.50 | | JRB Purchase | | |
| | Spotify | 10.09 | | 3/25/19 | | | |
| | Audible | 15.10 | | 3/25/19 | | | |
| | Parking | | 1.75 | 3/22/19 | | | |
| | Parking | | 1.74 | 3/22/19 | | | |
| | Parking | | 4.75 | 3/22/19 | | | |
| **OTHER** | | | | | | | |
| | Paypal | 9.49 | | 3/18/19 | Shipping Payment | | |

1
Table 1

| | For | BOA | Webster 5092 | Date | Description | Special Notes |
|---|---|---|---|---|---|---|

| | For | BOA | Webster 5092 | Date | Description | Special Notes | |
|---|---|---|---|---|---|---|---|
| | Dog Grooming | | 220.00 | 3/25/19 | | | |
| | Pet Insurance | | 47.94 | 3/22/19 | | | |
| CASH WITH DRAWL | | 500.00 | | 3/18/19 | | | |
| TOTAL CASH WITH DRAWL | | 3777.11 | 5836.55 | | | | |
| CLOSING BALANCES ON 3/28/18THE DATE AcCOUNTS WERE CLOSED | | 403.73 | 5566.22 | 3/28/19 | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

DIP Account Case 19-20400 4/1/19

| Account transferred to DIP | Totals | | | | | |
|---|---|---|---|---|---|---|
| BOA Donna Banres 6634 | 403.73 | | | | | |
| BOA Donna Barnes3736 | 2182.97 | | | | | |
| BOA ▮ 0435 | 278.44 | | | | | |
| BOA ▮ 2004 | 469.16 | | | | | |
| BOA ▮ | 1190.06 | | | | | |
| Webster Joint Donna and James Barnes | 5566.21 | | | | | |
| Check from Webster to be deposited | 0.01 | | | | | |
| TOTAL | 10090.58 | | | | | |
| | | NOTE : $500.00 Security Deposit was held in joint account | 5 | | | |

# Bank of America

BANK OF AMERICA, N.A. (THE "BANK")

**Transaction History**

DONNA J BARNES

ADV PLUS BANKING

\*\*\*\* \*\*\*\* 6634

Last Posting Date 03/28/2019

Date/Time Printed 3/29/2019 9:33 AM EST

## Since Last Statement Summary

Last Statement Date 03/18/2019

| | | | |
|---|---|---|---|
| Balance Last Statement ($) | | | $3,568.33 |
| Deposits/Credits (+) | # | 11 | $51,564.76  Holds (-) |
| Withdrawals/Debits (-) | # | 59 | $48,181.43  Pending Credits (+) |

Available Balance ($)  $0.00

Some of the information was not available when this page was printed. Please ask your Bank of America banker to assist you

Balance Last Statement, Deposits/Credits, Withdrawals/Debits may not total to Available Balance.

| Date | Description | Type | Amount | Available Balance |
|---|---|---|---|---|
| | Amount included in Available Balance | | | |
| 03/28/2019 | Customer Withdrawal Image | Single Check | -$4,524.36 | $0.00 |
| 03/28/2019 | Agent Assisted transfer from SAV 9430  Confirmation# 3378703635 | Transfer | $0.01 | $4,524.36 |
| 03/28/2019 | Agent Assisted transfer from SAV 3736  Confirmation# 2478732557 | Transfer | $0.03 | $4,524.35 |
| 03/26/2019 | Agent Assisted transfer from CHK 0435  Confirmation# 0678684812 | Transfer | $278.44 | $4,524.32 |
| 03/28/2019 | Agent Assisted transfer from CHK 2004  Confirmation# 0678682066 | Transfer | $469.16 | $4,245.88 |
| 03/28/2019 | Agent Assisted transfer from SAV 9430  Confirmation# 0678678790 | Transfer | $1,190.05 | $3,776.72 |

For additional information or service, please contact the Customer Service Center at 1-800-432-1000

\* = Item(s) Included in Previous Statement(s).

\*\*\*\* \*\*\*\* 6634

00-14-9036M 11-2010
NRI

Page 1

| Date | Description | | Type | Amount | Available Balance |
|------|-------------|---|------|--------|-------------------|
| | | | | $2,182.94 | $2,556.67 |
| 03/28/2019 | Agent Assisted transfer from SAV 3736 | Confirmation# 0678687338 | Transfer | | |
| 03/27/2019 | BIG Y 18 WEST  03/27 #000536838 PURCHASE  BIG Y 18 WEST HA  WEST HARTFORD CT | | Debit | -$71.83 | $403.73 |
| 03/26/2019 | CHECKCARD 0325 QUINOCO, INC.  860-583-4609 CT 24388969084027012029302 | | Debit | -$600.00 | $475.56 |
| 03/25/2019 | SHELL Service  03/24 #000553587 PURCHASE  SHELL Service Sta PAWCATUCK  CT | | Debit | -$57.44 | $1,075.56 |
| 03/25/2019 | CHECKCARD 0324 Spotify USA  877-7781161 NY 24204299083000401664836 RECURRING | | Debit | -$10.09 | $1,133.00 |
| 03/25/2019 | CHECKCARD 0324 Audible US*MW6B06GI1  888-283-5051 NJ 24692169083100434251827 | | Debit | -$15.10 | $1,143.09 |
| 03/25/2019 | CHECKCARD 0322 CHB*Chubb Insurance-PL  800-682-4822 NJ 24692169081100642411231 | | Debit | -$545.22 | $1,158.19 |
| 03/25/2019 | CHECKCARD 0322 CHB*Chubb Insurance-PL  800-682-4822 NJ 24692169081100642411264 | | Debit | -$1,719.92 | $1,703.41 |
| 03/19/2019 | Check 2842  ANN SAGALYN  DENTIST | | Single Check | -$145.00 | $3,423.33 |
| 03/18/2019 | PAYPAL  DES:INST XFER  ID:1005176375544 INDN:DONNA BARNES  CO ID:PAYPALSI77  WEB | | Other Payment | -$9.49 | $3,568.33 |
| 03/18/2019 | CHECKCARD 0317 TROY'S MOUNTAI  WEST HARTFORDCT | | Debit | -$57.77 | $3,577.82 |
| 03/18/2019 | BKOFAMERICA ATM 03/16 #000005733 WITHDRWL  BISHOP'S CORNER  WEST HARTFORD CT | | Withdrawal | -$500.00 | $3,635.59 |
| 03/18/2019 | WIRE TYPE:INTL IN DATE:190318 TIME:1057 ET  TRN:2019031800325286 SNDR  REF:0119031800 1173  ORIG:BANK OF AMERICA BN CLE... | | Credit | $42.69 | $4,135.59 |
| 03/18/2019 | Online Banking transfer from SAV 9430  Confirmation# 3178937454 | | Transfer | $200.00 | $4,092.90 |
| 03/18/2019 | WIRE TYPE:IN TL IN DATE:190318 TIME:1107 ET  TRN:2019031800332655 SNDR  REF:0119031800 1210  ORIG:BANK OF AMERICA BN CLE... | | Credit | $275.82 | $3,892.90 |

For additional information or service, please contact the Customer Service Center at  1-800-432-1000

* = Item(s) included in Previous Statement(s).

NRI

**** **** 6634

Page 2

| Date | Description | | Type | Amount | Available Balance |
|---|---|---|---|---|---|
| 03/15/2019 | CVS/PHARMACY # 03/15 #000904444 PURCHASE CVS/PHARMACY #01 AVON CT | | Debit | -$45.25 | $3,617.08 |
| 03/14/2019 | Wire Transfer Fee | | Fee | -$30.00 | $3,662.33 |
| 03/14/2019 | Macy's Bill Payment | | Bill Pay | -$2.00 | $3,692.33 |
| 03/14/2019 | PAYPAL DES:INST XFER ID:USPS INDN:DONNA BARNES CO ID:PAYPALSI77 WEB | | Other Payment | -$8.30 | $3,694.33 |
| 03/14/2019 | WIRE TYPE:WIRE OUT DATE:190314 TIME:1044 ET BNF:REID AND RIEGE PC CLIEN... TRN:2019031400283588 SERVICE REF:006554 | | Withdrawal | -$25,000.00 | $3,702.63 |
| 03/14/2019 | CHECKCARD 0313 CRICKETDEBTCOUNSELING 503-353-0400 OR 24492159072715746328660 | | Debit | -$24.00 | $28,702.63 |

Statement Period as of 02/15/2019

***No More Activity For This Account***

For additional information or service, please contact the Customer Service Center at 1-800-432-1000

\* = Item(s) included in Previous Statement(s).

NRI

**** **** 6634



# **Transaction History**

### Disclaimer

The transactions and balances shown below may differ from your records because it may not include deposits in progress, outstanding checks, or other withdrawals, payments, purchases or charges. This report is for information only.

| Account Title/Address: | Customer Name: |
|---|---|
| JAMES BARNES OR | DONNA J BARNES |
| DONNA J BARNES | |
| 145 DEER CLIFF RD | Acct#: ▮5092 |
| | Acct Type: PREMIER CHECKING |
| | Balance: $5,566.21 |
| AVON, CT 06001 | Total Available Balance: $5,566.21 |
| US | |
| | Last Statement Date: |

**History search parameters**

| Transaction | Amount | Date |
|---|---|---|
| Type: DDA Transactions | From: | From: |
| | To: | To: |

### Pending Transactions

| Post Date | Transaction Type | Description | Check# | Amount/Rate |
|---|---|---|---|---|
| 03/28/2019 | ACH WITHDRAWAL | CHUBB | 0000000000 | 4,400.87 |
| 03/28/2019 | CK CRD SIGNATURE AUTH | FOXWOODS BOX OFFICEPA MASHANTU | 0000000000 | 159.50 |

### Posted Transactions

| Post Date | Transaction Type | Description | Check# | Amount/Rate | Resulting Balance |
|---|---|---|---|---|---|
| 03/26/2019 | CK CRD SIGNATURE PURCH | VIKING FUEL OIL CO | 0000000000 | 1,000.00 | $10,126.58 |
| 03/26/2019 | DEPOSIT | IM TRANSFR CR | 0000000000 | 10,000.00 | $11,126.58 |
| 03/25/2019 | WITHDRAWAL | PAID CHECK | 0000001128 | 220.00 | $1,126.58 |
| 03/25/2019 | DEPOSIT | DEPOSIT | 0000000000 | 1,200.00 | $1,346.58 |
| 03/22/2019 | CK CRD SIGNATURE PURCH | TRUPANION 00100043344407188389 | 0000000000 | 47.94 | $146.58 |
| 03/22/2019 | CK CRD SIGNATURE PURCH | W Htfd Mobile Park 68836743344 | 0000000000 | 4.75 | $194.52 |
| 03/22/2019 | CK CRD SIGNATURE PURCH | W Htfd Mobile Park 68836743344 | 0000000000 | 1.75 | $199.27 |
| 03/22/2019 | CK CRD SIGNATURE PURCH | W Htfd Mobile Park 68836743344 | 0000000000 | 1.75 | $201.02 |
| 03/13/2019 | MONTHLY SERVICE CHRG | MONTHLY SERVICE CHRG | 0000000000 | 21.95 | $202.77 |
| 03/13/2019 | IOD INTEREST PAID | IOD INTEREST PAID | 0000000000 | 0.02 | $224.72 |
| 03/13/2019 | CK CRD SIGNATURE PURCH | SPICER ADVANCED GA 00747043344 | 0000000000 | 932.81 | $224.70 |
| 03/12/2019 | MOBILE DEPOSIT | DEPOSIT | 0000000000 | 1,000.00 | $1,157.51 |
| 03/08/2019 | FEE-NSP PAID CK | 15176663190 1124 | 0000001124 | 37.00 | $157.51 |
| 03/08/2019 | MOBILE DEPOSIT | DEPOSIT | 0000000000 | 1,000.00 | $194.51 |
| 03/07/2019 | FEE-NSF PAID ACH | COMCASTCABLE | 0000000000 | 37.00 | $-805.49 |
| 03/07/2019 | POD INCLEARING CHECKS | PAID CHECK | 0000001124 | 500.00 | $-768.49 |
| 03/06/2019 | FEE-NSF PAID CK | 15267938840 1120 | 0000001120 | 37.00 | $-268.49 |
| 03/06/2019 | ACH WITHDRAWAL | COMCAST     CABLE     60 | 0000000000 | 335.86 | $-231.49 |
| 03/06/2019 | MOBILE DEPOSIT | DEPOSIT | 0000000000 | 300.00 | $104.37 |

 **Webster**Bank

# Transaction History Continuation

**Disclaimer**

The transactions and balances shown below may differ from your records because it may not include deposits in progress, outstanding checks, or other withdrawals, payments, purchases or charges. This report is for information only.

DONNA J BARNES

ACCT # ▉ 5092

PREMIER CHECKING

**Results**

| Post Date | Transaction Type | Description | Check # | Amount/Rate | Resulting Balance |
|-----------|------------------|-------------|---------|-------------|-------------------|
| 03/05/2019 | POD INCLEARING CHECKS | PAID CHECK | 0000001120 | 229.75 | $-195.63 |
| 03/04/2019 | POD INCLEARING CHECKS | PAID CHECK | 0000001121 | 750.00 | $34.12 |
| 03/04/2019 | WITHDRAWAL | PAID CHECK | 0000001122 | 220.00 | $784.12 |
| 03/04/2019 | CK CRD PIN PURCHASE | THE WINE STORE 86 FRAN 9999994 | 0000000000 | 61.19 | $1,004.12 |
| 03/04/2019 | CK CRD SIGNATURE PURCH | 3945 Dominos Pizza | 0000000000 | 17.26 | $1,065.31 |
| 03/01/2019 | POD INCLEARING CHECKS | PAID CHECK | 0000001123 | 155.00 | $1,082.57 |
| 03/01/2019 | CK CRD PIN PURCHASE | COLONIAL CONVENIENCE 919801433 | 0000000000 | 44.86 | $1,237.57 |
| 03/01/2019 | CK CRD PIN PURCHASE | CVS/PHARMACY #01 01156 9999994 | 0000000000 | 11.03 | $1,282.43 |
| 02/28/2019 | POD INCLEARING CHECKS | PAID CHECK | 0000001117 | 500.00 | $1,293.46 |
| 02/27/2019 | POD ON US CHECKS | PAID CHECK | 0000001126 | 160.00 | $1,793.46 |
| 02/27/2019 | CK CRD SIGNATURE PURCH | DTV*DIRECTV SERVIC | 0000000000 | 198.04 | $1,953.46 |
| 02/26/2019 | CK CRD PIN PURCHASE | PET SUPPLIES PLUS 910468433444 | 0000000000 | 123.29 | $2,151.50 |
| 02/26/2019 | CK CRD SIGNATURE PURCH | SUBWAY 001 | 0000000000 | 17.62 | $2,274.79 |
| 02/25/2019 | CK CRD PIN PURCHASE | SHELL Service Station 01950143 | 0000000000 | 56.67 | $2,292.41 |
| 02/25/2019 | CK CRD SIGNATURE PURCH | ALLEY KATZ | 0000000000 | 85.00 | $2,349.08 |
| 02/22/2019 | POD INCLEARING CHECKS | PAID CHECK | 000001119 | 123.37 | $2,434.08 |
| 02/22/2019 | CK CRD SIGNATURE PURCH | TRUPANION 00100043344407188389 | 0000000000 | 47.94 | $2,557.45 |
| 02/21/2019 | POD INCLEARING CHECKS | PAID CHECK | 0000001118 | 500.00 | $2,605.39 |
| 02/21/2019 | WITHDRAWAL | PAID CHECK | 0000001114 | 400.00 | $3,105.39 |
| 02/21/2019 | CK CRD SIGNATURE PURCH | PROVIDENCE COAL FI 28992043344 | 0000000000 | 52.60 | $3,505.39 |
| 02/20/2019 | ACH WITHDRAWAL | Univ of Vermont    TMSMPP    00 | 0000000000 | 773.60 | $3,557.99 |
| 02/19/2019 | ACH WITHDRAWAL | NORDSTROM    PAYMENT    04 | 0000000000 | 165.00 | $4,331.59 |
| 02/19/2019 | ONLINE TRANSPER | TFR TO Bank of America, NA XXX | 0000000000 | 1,000.00 | $4,496.59 |
| 02/19/2019 | CK CRD PIN PURCHASE | STOP & SHOP 0736 001 | 0000000000 | 26.12 | $5,496.59 |
| 02/19/2019 | CK CRD PIN PURCHASE | 2741 WESTERLY 8008014334440718 | 0000000000 | 40.67 | $5,522.71 |
| 02/15/2019 | POD ON US CHECKS | PAID CHECK | 0000001115 | 324.15 | $5,563.38 |
| 02/15/2019 | ACH WITHDRAWAL | VZ WIRELESS VE    VZW WEBPAY 61 | 0000000000 | 334.44 | $5,887.53 |
| 02/15/2019 | CK CRD PIN PURCHASE | BIG Y 18 WEST HART 23159643344 | 0000000000 | 155.79 | $6,221.97 |
| 02/15/2019 | CK CRD SIGNATURE PURCH | QUINOCO, INC. | 0000000000 | 500.00 | $6,377.76 |
| 02/14/2019 | CK CRD PIN PURCHASE | CUMBERLAND FARMS 6749 003 | 0000000000 | 16.95 | $6,877.76 |
| 02/13/2019 | MONTHLY SERVICE CHRG | MONTHLY SERVICE CHRG | 0000000000 | 21.95 | $6,894.71 |
| 02/13/2019 | IOD INTEREST PAID | IOD INTEREST PAID | 0000000000 | 0.02 | $6,916.66 |

In re DONNA J. BARNES

**Debtor**

Case No. 19-20400

Reporting Period: March 14-31, 2019

### BALANCE SHEET - See attached Balance Sheet

The Balance Sheet is to be completed on an accrual basis only. Pre-petition liabilities must be classified separately from post-petition obligations.

| ASSETS | BOOK VALUE AT END OF CURRENT REPORTING MONTH | BOOK VALUE ON PETITION DATE OR SCHEDULED AMOUNT |
|---|---|---|
| SCHEDULE A REAL PROPERTY | | |
| Primary Residence | | |
| | | |
| | | |
| | | |
| Other Property (attach schedule) | | |
| TOTAL REAL PROPERTY ASSETS | | |
| SCHEDULE B PERSONAL PROPERTY | | |
| Cash on Hand | | |
| Bank Accounts | | |
| Security Deposits | | |
| Household Goods & Furnishings | | |
| Books, Pictures, Art | | |
| Wearing Apparel | | |
| Furs and Jewelry | | |
| Firearms & Sports Equipment | | |
| Insurance Policies | | |
| Annuities | | |
| Education IRAs | | |
| Retirement & Profit Sharing | | |
| Stocks | | |
| Partnerships & Joint Ventures | | |
| Government & Corporate Bonds | | |
| Accounts Receivable | | |
| Alimony, maintenance, support or property settlements | | |
| Other Liquidated Debts | | |
| Equitable Interests in Schedule A property | | |
| Contingent Interests | | |
| Other Claims | | |
| Patents & Copyrights | | |
| Licenses & Franchises | | |
| Customer Lists | | |
| Autos, Trucks & Other Vehicles | | |
| Boats & Motors | | |
| Aircraft | | |
| Office Equipment | | |
| Machinery, supplies, equipment used for business | | |
| Inventory | | |
| Animals | | |
| Crops | | |
| Farming Equipment | | |
| Farm Supplies | | |
| Other Personal Property (attach schedule) | | |
| TOTAL PERSONAL PROPERTY | | |
| TOTAL ASSETS | | |

**In re** DONNA J. BARNES

**Debtor**

**Case No.** 19-20400

**Reporting Period:** March 14-31, 2019

| *LIABILITIES AND OWNER EQUITY* | *BOOK VALUE AT END OF CURRENT REPORTING MONTH* | *BOOK VALUE ON PETITION DATE OR SCHEDULED AMOUNT* |
|---|---|---|
| **LIABILITIES NOT SUBJECT TO COMPROMISE (Postpetition)** | | |
| Federal Income Taxes (not deducted from wages) | | |
| FICA/Medicare (not deducted from wages) | | |
| State Taxes (not deducted from wages) | | |
| Real Estate Taxes | | |
| Other Taxes *(attach schedule)* | | |
| *TOTAL TAXES* | | |
| Professional Fees | | |
| Other Post-petition Liabilities *(list creditors)* | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| *TOTAL POST-PETITION LIABILITIES* | | |

| **LIABILITIES SUBJECT TO COMPROMISE (Pre-Petition)** | | |
|---|---|---|
| Secured Debt | | |
| Priority Debt | | |
| Unsecured Debt | | |
| *TOTAL PRE-PETITION LIABILITIES* | | |

| *TOTAL LIABILITIES* | | |
|---|---|---|

Donna J Barnes
3.12.19
Balance Sheet

**Assets**

Personal Financial Statement for Donna J. Barnes    (1)Assets shared with spouse    50% Equity/Liability*

| | | | | | |
|---|---|---|---|---|---|
| Cash | | | | | |
| | | Checking | $ | 3,000 | 15,000 |
| | | Savings | $ | 2,000 | |
| | | | $ | - | |
| | | | | | |
| | Retirement Accounts | | | | |
| | | IRA's | | | |
| | | 401k | | | |
| | | Met Life Annuity | | 2,275 | 2,275 |
| | Personal Property | furniture | | 55,000 | 55,000 |
| | | electronics | | 5,000 | 5,000 |
| | | art | | 15,000 | 15,000 |
| | | exercise equipment, skis, golf clubs, musical instruments | | 5,000 | 5,000 |
| | | clothes | | 10,000 | 10,000 |
| | | Jewelry | | 75,000 | 75,000 |
| | | misc | | 2,000 | 2,000 |
| | Automobiles | | | | |
| | Real Estate | | | | |
| (*1) | Primary residence | 145 Deercliff Drive, Avon, CT *(1) | | 2,000,000 | 1,000,000 |
| (*1) | Summer residence | 33 Bay Street,Watch Hill, RI 02891 *(2) | | 11,000,000 | 5,500,000 |
| | Other Assets | | | | |
| | | Cabana held for daughter Lauren Barnes until admitted to W | | 135,000 | 0 |
| | **Total Assets** | | $ | 13,309,275 | 6,684,275 |

**Liabilities**

| | | | | |
|---|---|---|---|---|
| Unsecured Debt | | $ | 114,154 | 114,155 |
| Secured Debt | | | | 0 |
| | | | | |
| Mortgage UBS | 145 Deercliff Drive Avon, CT | | 1,925,000 | 0 |
| Mortgage Shemcreek 2nd mortgage | 33 Bay Street Watch Hill | | 3,500,000 | 1,750,000 |
| Mortgage - UBS | 33 Bay Street Watch Hill | | 2,000,000 | 1,000,000 |
| **Total Liabilities** | | $ | 7,539,154 | 2,864,155 |

| | | | |
|---|---|---|---|
| Net Worth | | $ | 5,770,121 | 3,820,120 |

Footnotes from Balance Sheet
(1) Purchase price 10/2013 was $2 B
(2) assessment

In re DONNA J. BARNES
Debtor

Case No. 19-20400
Reporting Period: March 14-31, 2019

## SUMMARY OF UNPAID POST-PETITION DEBTS

| | Current | Number of Days Past Due | | | | |
| | | 0-30 | 31-60 | 61-90 | Over 91 | Total |
|---|---|---|---|---|---|---|
| Mortgage | | | | | | |
| Rent | | | | | | |
| Secured Debt/Adequate Protection Payments | | | | | | |
| Professional Fees | | | | | | |
| Other Post-Petition debt *(list creditor)* | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| **Total Post-petition Debts** | | | | | | |

Explain how and when the Debtor intends to pay any past due post-petition debts.

_____

_____

_____

_____

In re DONNA J. BARNES                        Case No. 19-20400
    **Debtor**                        **Reporting Period:** March 14-31, 2019

### POST-PETITION STATUS OF SECURED NOTES, LEASES PAYABLE
### AND ADEQUATE PROTECTION PAYMENTS

| NAME OF CREDITOR | SCHEDULED MONTHLY PAYMENT DUE | AMOUNT PAID DURING MONTH | TOTAL UNPAID POST-PETITION |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| TOTAL PAYMENTS | | | |

### INSTALLMENT PAYMENTS

| TYPE OF POLICY | CARRIER | PERIOD COVERED | PAYMENT AMOUNT & FREQUENCY |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

**In re** DONNA J. BARNES

Debtor

**Case No.** 19-20400

**Reporting Period:** March 14-31, 2019

## DEBTOR QUESTIONNAIRE

| Must be completed each month. If the answer to any of the questions is "Yes", provide a detailed explanation of each item. Attach additional sheets if necessary. | Yes | No |
|---|---|---|
| 1 Have any funds been disbursed from any account other than a debtor in possession account this reporting period? | √ | |
| 2 Is the Debtor delinquent in the timely filing of any post-petition tax returns? | | √ |
| 3 Are property insurance, automobile insurance, or other necessary insurance coverages expired or cancelled, or has the debtor received notice of expiration or cancellation of such policies? | | √ |
| 4 Is the Debtor delinquent in paying any insurance premium payment? | | √ |
| 5 Have any payments been made on pre-petition liabilities this reporting period? | √ | |
| 6 Are any post petition State or Federal income taxes past due? | | √ |
| 7 Are any post petition real estate taxes past due? | | √ |
| 8 Are any other post petition taxes past due? | | √ |
| 9 Have any pre-petition taxes been paid during this reporting period? | | √ |
| 10 Are any amounts owed to post petition creditors delinquent? | | √ |
| 11 Have any post petition loans been been received by the Debtor from any party? | | √ |
| 12 Is the Debtor delinquent in paying any U.S. Trustee fees? | | √ |
| 13 Is the Debtor delinquent with any court ordered payments to attorneys or other professionals? | | √ |

## ATTACHMENT TO DEBTOR QUESTIONNAIRE

**Question 1.**   As indicated on the attached Declaration of Pre-Petition Account Closings submitted to the Office of the United States Trustee in connection with the Initial Debtor Interview, the Debtor closed its pre-petition accounts either on March 27, 2019 or March 28, 2019.  The D-I-P account was opened on April 1, 2019.  Accordingly, the disbursements listed in this report derive from the accounts before the D-I-P account was established.

**Question 5**.  The Debtor's disbursements to Chubb Insurance were made on pre-petition liabilities and done to preserve insurance.

25620.000/705332.1

ATTACHMENT C

## DECLARATION OF PRE-PETITION ACCOUNT CLOSINGS

Case Name: _____ Donna Barnes _____

Case Number: _____ 19 2 040 0 _____

All pre-petition bank accounts of _____ Donna Barnes _____,
(Debtor)

below were closed on: _____ either 3/27/19 or 3/28/19 _____
(Date)

| **Depository Name** | **Account Name** | **Account Number** |
|---|---|---|
| See attached Exhibit A | | |
| | | |
| | | |

All monies have been transferred to the following debtor in possession bank accounts:

| **Depository Name** | **Account Name** | **Account Number** |
|---|---|---|
| See attached Exhibit A | | |
| | | |

*Specimen checks of the new DIP accounts should be included with the package.*

Pursuant to 28 U.S.C. Section 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on: _____ 4/1/19 _____
(Date)

_____
(Debtor)

_____
(Title)

Donna Barnes
(Printed Name of Signatory)

## Closed On 3/27/19

Bank of America
| | | |
|---|---|---|
| Donna Barnes Advantage Plus Account | 6634 | Balance  403.73 |
| Donna Barnes Reward Savings | 3736 | 2182.94 |
| ▉▉▉▉▉ Debit | 2004 | 469.16 |
| ▉▉▉▉▉ Debit | 0435 | 278.44 |
| ▉▉▉▉▉ | 9430 | 1190.05 |

## Closed On 3/28/19

Webster
| | | |
|---|---|---|
| Donna Barnes  Joint Checking | 5092 | 5566.21 |

## Opened on 4/1/19

TD Bank   DIP          ▉▉▉▉ 5887          10,090.57
Specimen checks are on order will take 7 to 10 days.