# UNITED STATES BANRUPTCY COURT
# DISTRICT OF CONNECTICUT
# HARTFORD DIVISION

|  |  |
|---|---|
| In re: | ) CHAPTER 11 |
|  | ) |
| DONNA J. BARNES | ) CASE NO. 19-20400 (JJT) |
|  | ) |
| Debtor | ) MAY 17, 2019 |

## NOTICE OF APPEARANCE AND
## REQUEST FOR ALL NOTICES AND PLEADINGS

To the Clerk of this Court and all parties of record,

Kevin J. McEleney, of Updike, Kelly & Spellacy, P.C. hereby appears on behalf of interested parties **RTM CAPITAL PARTNERS, INC., LPV, 15-HERMITAGE, LLC and MATTHEW CURTIS** and requests that pursuant to 11 U.S.C. §§ 342(a) and 1109(b) and Fed. R. Bankr. P. 2002, 3017, 9007, and 9010(b), that he be provided with copies of all notices, reports, motions, briefs, memoranda, pleadings, proposed plans, disclosure statements, proposed orders, confirmed copies of other documents or instruments (the "Documents") filed in the above captioned bankruptcy proceeding. All such documents should be served upon the following:

Kevin J. McEleney, Esq.
Updike, Kelly & Spellacy, P.C.
Counsel to RTM Capital Partners, Inc.,
LPV, 15-Hermitage, LLC and Matthew Curtis
100 Pearl Street
P.O. Box 231277
Hartford, Connecticut 06123-1277
kmceleney@uks.com

2134146

PLEASE TAKE FURTHER NOTICE that the foregoing demand includes not only notices and papers referred to in the Federal Rules of Bankruptcy Procedure specified above, but also includes, without limitation, orders and notices and notices of any application, motion, petition, pleading, request, complaint or demand, whether formal or informal, whether written or oral, and whether transmitted or conveyed by hand delivery, mail delivery, telephone, e-mail, telegraph, telex, telecopy facsimile or otherwise, which affects the Debtors or the property of the Debtors.

Dated at Hartford, Connecticut this 17th day of May, 2019.

By: /s/ Kevin J. McEleney
Kevin J. McEleney, Esq.
Federal Bar No. ct27673
UPDIKE, KELLY & SPELLACY, P.C.
100 Pearl Street
P.O. Box 231277
Hartford, Connecticut 06123-1277
Tel. (860) 548-2622
Fax. (860) 548-2680
kmceleney@uks.com
*Counsel to Interested Parties RTM Capital Partners, Inc., LPV, 15-Hermitage, LLC and Matthew Curtis*

2134146