UNITED STATES BANKRUPTCY COURT
_____ DISTRICT OF _____

In re Donna Barnes
        Debtor

Case No. 19-20400
Reporting Period: 4/1/19-4/30/19

Social Security # _____ 5836
(last 4 digits only)

## MONTHLY OPERATING REPORT
### (INDIVIDUAL WAGE EARNERS)

**File with the Court and submit a copy to the United States Trustee within 20 days after the end of the month and submit a copy of the report to any official committee appointed in the case.**
*(Reports for Rochester and Buffalo Divisions of Western District of New York are due 15 days after the end of the month, as are the reports for Southern District of New York.)*

| REQUIRED DOCUMENTS | Form No. | Document Attached | Explanation Attached |
|---|---|---|---|
| Schedule of Cash Receipts and Disbursements | MOR-1 (INDV) | x | |
| Bank Reconciliation (or copies of debtor's bank reconciliations) | MOR-1 (CONT) | x | |
| Copies of bank statements | | | |
| Disbursement Journal | MOR-2 (INDV) | x | |
| Balance Sheet | MOR-3 (INDV) | x | |
| Copies of tax returns filed during reporting period | | | |
| Summary of Unpaid Post-petition Debts | MOR-4 (INDV) | x | |
| Status of Secured Notes, Leases, Installment Payments | MOR-5 (INDV) | x | |
| Debtor Questionnaire | MOR-6 (INDV) | x | |

I declare under penalty of perjury *(28 U.S.C. Section 1746)* that the documents attached to this report are true and correct to the best of my knowledge and belief.

Signature of Debtor _____     Date 5/23/19

Signature of Joint Debtor _____     Date _____

In re Donna Barnes _____    Case No. 19-20400
    Debtor    Reporting Period: 4/1/19-4/30/19

## INDIVIDUAL DEBTOR CASH RECEIPTS AND CASH DISBURSEMENTS

(This Form must be submitted for each bank account maintained by the Debtor)

Amounts reported should be per the debtor's books, not the bank statement. The beginning cash should be the ending cash from the prior month or, if this is the first report, the amount should be the balance on the date the petition was filed. Attach bank statements and a detailed list of all disbursements made during the report period that includes the date, the check number, the payee, the transaction description, and the amount. A bank reconciliation must be attached for each account. [See MOR-1 (CON'T)]

| | Current Month Actual | Cumulative Filing to Date Actual |
|---|---|---|
| **Cash - Beginning of Month** | 10,090.57 | |
| **RECEIPTS** | | |
| Wages (Net) | 0 | |
| **Interest and Dividend Income** | 0 | |
| Alimony and Child Support | 0 | |
| Social Security and Pension Income | 0 | |
| Sale of Assets | 0 | |
| Other Income *(attach schedule)* | 20,000 | |
| **Total Receipts** | 20,000 | |
| **DISBURSEMENTS** | | |
| **ORDINARY ITEMS:** | | |
| Mortgage Payment(s) | 0 | |
| Rental Payment(s) | 0 | |
| **Other Secured Note Payments** | 0 | |
| Utilities | 1485.25 | |
| Insurance | 0 | |
| Auto Expense | 0 | |
| Lease Payments | 0 | |
| IRA Contributions | 0 | |
| Repairs and Maintenance | 59.83 | |
| Medical Expenses | 0 | |
| Food, Clothing, Hygiene | 380.81 | |
| Charitable Contributions | 0 | |
| Alimony and Child Support Payments | 0 | |
| Taxes - Real Estate | 0 | |
| Taxes - Personal Property | 0 | |
| Taxes - Other *(attach schedule)* | 0 | |
| Travel and Entertainment | 130 | |
| Gifts | | |
| Other *(attach schedule)* | 150.27 | |
| **Total Ordinary Disbursements** | | |
| **REORGANIZATION ITEMS:** | | |
| Professional Fees | | |
| U. S. Trustee Fees | 325 | |
| Other Exspenses:   Checks for DIP Account | 11.95 | |
| **Total Reorganization Items** | | |
| | | |
| **Total Disbursements** *(Ordinary + Reorganization)* | 2622.2 | |

In re Donna Barnes

Debtor

Case No. 19-20400

Reporting Period: 4/1/19-4/30/19

| | | |
|---|---|---|
| Net Cash Flow *(Total Receipts - Total Disbursements)* | 17,377.80 | |
| Cash - End of Month   *(Must equal reconciled bank statement)* | 27,468.37 | |

## INDIVIDUAL DEBTOR CASH RECEIPTS AND CASH DISBURSEMENTS
(continuation sheet)

| BREAKDOWN OF "OTHER" CATEGORY | Current Month Actual | Cumulative Filing to Date Actual |
|---|---|---|
| Other Income | | |
| deposit from JRB | 20,000 | 20,000 |
| | | |
| | | |
| | | |
| | | |
| Other Taxes | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| Other Ordinary Disbursements | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| Other Reorganization Expenses | | |
| Dog Food | 96.27 | |
| Tennis Raquet ReGrip Ben | 54 | |
| | | |
| | | |
| | | |
| | | |
| | | |

## THE FOLLOWING SECTION MUST BE COMPLETED
DISBURSEMENTS FOR CALCULATING U.S. TRUSTEE QUARTERLY FEES:  (FROM CURRENT MONTH ACTUAL COLUMN)

| | |
|---|---|
| TOTAL DISBURSEMENTS | 2622.2 |
| LESS:  TRANSFERS TO OTHER DEBTOR IN POSSESSION ACCOUNTS | 0 |
| PLUS:  ESTATE DISBURSEMENTS MADE BY OUTSIDE SOURCES  (i.e. from escrow accounts) | 0 |

In re **Donna Barnes**                                    Case No. 19-20400
_____          _____

**Debtor**                                  **Reporting Period:** 4/1/19-4/30/19

| | |
|---|---|
| **TOTAL DISBURSEMENTS FOR CALCULATING U.S. TRUSTEE QUARTERLY FEES** | 2622.2 |

In re Donna Barnes
         Debtor

Case No. _____19-20400_____
Reporting Period: 4/1/19-4/30/19

## BANK RECONCILIATIONS    SEE ATTACHED

**Continuation Sheet for MOR-1**

A bank reconciliation must be included for each bank account. The debtor's bank reconciliation may be substituted for this page.

(Bank account numbers may be redacted to last four numbers.)

| | Operating | Payroll | Tax | Other |
|---|---|---|---|---|
| | # | # | # | # |
| **BALANCE PER BOOKS** | | | | |
| | | | | |
| BANK BALANCE | | | | |
| (+) DEPOSITS IN TRANSIT *(ATTACH LIST)* | 0 | | | |
| (-) OUTSTANDING CHECKS *(ATTACH LIST)*: | 0 | | | |
| OTHER *(ATTACH EXPLANATION)* | | | | |
| | | | | |
| **ADJUSTED BANK BALANCE *** | | | | |

*"Adjusted Bank Balance" must equal "Balance per Books"

| DEPOSITS IN TRANSIT | Date | Amount | Date | Amount |
|---|---|---|---|---|
| 0 | | | | |
| | | | | |
| | | | | |
| | | | | |
| CHECKS OUTSTANDING | Ck. # | Amount | Ck. # | Amount |
| 0 | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

OTHER

_____
_____
_____
_____
_____

# TD Bank

America's Most Convenient Bank®

DONNA J BARNES
DIP CASE 19-20400 DIST CT
145 DEERCLIFF RD
AVON CT          06001

630 / TD Convenience Checking          5887

| | | | |
|---|---|---|---|
| Statement Beginning Balance As Of: 4/18/2019 | | | $10,078.62 |
| Plus | 2 | Deposits and Other Credits | $20,000.00 |
| Less | 8 | Checks and Other Debits | $3,291.24 |
| Statement Balance As Of: 05/15/2019 | | | $26,787.38 |

## Transactions By Date

| Date | Description | | Debit | Credit | Balance |
|---|---|---|---|---|---|
| 04/19/2019 | 105 | CHECK CASHED | $500.00 | | $9,578.62 |
| 04/19/2019 | 101 | CHECK | $348.19 | | $9,230.43 |
| 04/23/2019 | | DEPOSIT | | $10,000.00 | $19,230.43 |
| 04/24/2019 | 102 | EVERSOURCE      LBARCCHECK | $373.40 | | $18,857.03 |
| 04/24/2019 | | DEPOSIT | | $10,000.00 | $28,857.03 |
| 04/25/2019 | 108 | CHECK | $300.00 | | $28,557.03 |
| 04/26/2019 | 107 | CHECK | $325.00 | | $28,232.03 |
| 04/29/2019 | 103 | NATIONAL GRID - CHECK PYMT | $763.66 | | $27,468.37 |
| 05/08/2019 | 110 | CHECK | $338.40 | | $27,129.97 |
| 05/10/2019 | 112 | CHECK | $342.59 | | $26,787.38 |

## Check Transactions

| Number | Date | Amount | Number | Date | Amount | Number | Date | Amount |
|---|---|---|---|---|---|---|---|---|
| 101 | 4/19/2019 | $348.19 | | | | | | |
| 102 | 4/24/2019 | $373.40 | | | | | | |
| 103 | 4/29/2019 | $763.66 | | | | | | |
| 105 | 4/19/2019 | $500.00 | | | | | | |
| 107 | 4/26/2019 | $325.00 | | | | | | |
| 108 | 4/25/2019 | $300.00 | | | | | | |
| 110 | 5/8/2019 | $338.40 | | | | | | |
| 112 | 5/10/2019 | $342.59 | | | | | | |

# TD Bank

**America's Most Convenient Bank®**

DONNA J BARNES
DIP CASE 19-20400 DIST CT
145 DEERCLIFF RD
AVON CT          06001

630 / TD Convenience Checking          5887

| | | |
|---|---|---|
| Statement Beginning Balance | | $0.00 |
| Plus | Deposits and Other Credits | $10,090.57 |
| Less | Checks and Other Debits | $11.95 |
| Statement Balance As Of: 04/17/2019 | | $10,078.62 |

## Transactions By Date

| Date | Description | Debit | Credit | Balance |
|---|---|---|---|---|
| 04/01/2019 | DEPOSIT | | $10,090.57 | $10,090.57 |
| 04/12/2019 | HARLAND CLARKE   CHK ORDERS | $11.95 | | $10,078.62 |

In re Donna Barnes      Case No. 19-20400
Debtor      Reporting Period: 4/1/19-4/10/19

## DISBURSEMENT JOURNAL

### CASH DISBURSEMENTS

| Date | Payee | Purpose | Amount |
|------|-------|---------|--------|
| 14-Apr | sunoco | gas | 40 |
| 11-Apr | mobile | gas | 40 |
| 26-Apr | mobile | gas | 50 |
| 4-Apr | Agway | dog food | 96.27 |
| 29-Apr | Ocean State Job Lot | cleaning items | 59.83 |
| 16-Apr | McQuades | food/hygene | 32.11 |
| 19-Apr | Big T | food/hygene | 129.5 |
| 4-Apr | McQuades | food/hygene | 173.72 |
| 22-Apr | subway | food | 10.89 |
| 28-Apr | taco bell | food | 9.59 |
| 25-Apr | Anna's | hair cut Ben | 25 |
| 24-Apr | Avie's | Regrip Ben Raquet | 54 |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

Total Cash Disbursements      720.91 *subtract

$500.00 accounted for below; this money was used for cash items listed above after 5/18    220.91

### ACCOUNT DISBURSEMENTS

| Date | Payee | Purpose | Amount | Check # |
|------|-------|---------|--------|---------|
| 15-Apr | Comcast | cable/wifi/phone | 348.19 | 101 |
| 15-Apr | Eversource | electric-ct | 373.4 | 102 |
| 15-Apr | National Grid | electric-ri | 763.66 | 103 |
| 18-Apr | Donna Barnes | cash | 500 | 105 |
| Apr-19 | US Trustee | fees | 325 | 107 |
| 24-Apr | Luxbond Green | Appraisals | 300 | 108 |
| 12-Apr | TD Bank Debit | DIP checks | 11.95 | Debit |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

Bank Account Disbursements      2622.2

In re Donna Barnes                                    Case No. 19-20400
         Debtor                          Reporting Period: 4/1/19-4/10/19

| Disbursements for the Month | | 2843.11 |
|---|---|---|

In re _____    Case No. _____

   Debtor    Reporting Period: _____

## BALANCE SHEET

The Balance Sheet is to be completed on an accrual basis only. Pre-petition liabilities must be classified separately from post-petition obligations.

| ASSETS | BOOK VALUE AT END OF CURRENT REPORTING MONTH | BOOK VALUE ON PETITION DATE OR SCHEDULED AMOUNT |
|---|---|---|
| **SCHEDULE A REAL PROPERTY** | | |
| Primary Residence | | |
| 145 Deercliff | 2,000,000.00 | |
| 33 Bay | 11,000,000 | |
| Cabana 29 | 130,000.00 | |
| Other Property (attach schedule) | | |
| *TOTAL REAL PROPERTY ASSETS* | 13,130,000.00 | |
| **SCHEDULE B PERSONAL PROPERTY** | | |
| Cash on Hand | 161.19 | |
| Bank Accounts | 27468.37 | |
| Security Deposits | 0 | |
| Household Goods & Furnishings | 88520 | |
| Books, Pictures, Art | 35800 | |
| Wearing Apparel | 5000 | |
| Furs and Jewelry | 72,175 | |
| Firearms & Sports Equipment | 0 | |
| Insurance Policies | 0 | |
| Annuities | 2275 | |
| Education IRAs | 0 | |
| Retirement & Profit Sharing | 0 | |
| Stocks | 0 | |
| Partnerships & Joint Ventures | 0 | |
| Government & Corporate Bonds | 0 | |
| Accounts Receivable | 0 | |
| Alimony, maintenance, support or property settlements | 0 | |
| Other Liquidated Debts | 0 | |
| Equitable Interests in Schedule A property | 0 | |
| Contingent Interests | 0 | |
| Other Claims | 0 | |
| Patents & Copyrights | 0 | |
| Licenses & Franchises | 0 | |
| Customer Lists | 0 | |
| Autos, Trucks & Other Vehicles | 0 | |
| Boats & Motors | 0 | |
| Aircraft | 0 | |
| Office Equipment | 0 | |
| Machinery, supplies, equipment used for business | 0 | |
| Inventory | 0 | |
| Animals | 2000 | |
| Crops | 0 | |
| Farming Equipment | 0 | |
| Farm Supplies | 0 | |
| Other Personal Property (attach schedule) | 10000 | |

In re _____    Case No. _____
      **Debtor**                            **Reporting Period:** _____

| | | |
|---|---|---|
| *TOTAL PERSONAL PROPERTY* | 243399.56 | |
| *TOTAL ASSETS* | 13130000 | |

NOTE:  As indicated previously (e.g., Chapter 11 schedules and/or monthly operating report), certain assets are co-owned.

In re _____       Case No. _____

     Debtor       Reporting Period: _____

| LIABILITIES AND OWNER EQUITY | BOOK VALUE AT END OF CURRENT REPORTING MONTH | BOOK VALUE ON PETITION DATE OR SCHEDULED AMOUNT |
|---|---|---|
| **LIABILITIES NOT SUBJECT TO COMPROMISE (Postpetition)** | | |
| Federal Income Taxes (not deducted from wages) | 0 | |
| FICA/Medicare (not deducted from wages) | 0 | |
| State Taxes (not deducted from wages) | 0 | |
| Real Estate Taxes | 0 | |
| Other Taxes *(attach schedule)* | 0 | |
| *TOTAL TAXES* | 0 | |
| Professional Fees | 0 | |
| Other Post-petition Liabilities *(list creditors)* | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| *TOTAL POST-PETITION LIABILITIES* | | |

| **LIABILITIES SUBJECT TO COMPROMISE (Pre-Petition)** | | |
|---|---|---|
| Secured Debt | 15,971,832.52 | |
| Priority Debt | | |
| Unsecured Debt | 102453.26 | |
| *TOTAL PRE-PETITION LIABILITIES* | 16074285.8 | |

FORM MOR-3 (INDV)
2/2008

In re _____          Case No. _____
    **Debtor**                         **Reporting Period:** _____

| | |
|---|---|
| *TOTAL LIABILITIES* | 16074285.8 |

In re Donna Barnes
_____
       Debtor

Case No. 19-20400
Reporting Period: 4/1/19-4/30/19

## SUMMARY OF UNPAID POST-PETITION DEBTS

|  | | | Number of Days Past Due | | | |
|---|---|---|---|---|---|---|
|  | Current | 0-30 | 31-60 | 61-90 | Over 91 | Total |
| Mortgage | 60,322.75 | 60,322.75 | | | | 120,645.50 |
| Rent | | | | | | |
| Secured Debt/Adequate Protection Payments | | | | | | |
| Professional Fees | | | | | | |
| Other Post-Petition debt *(list creditor)* | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| **Total Post-petition Debts** | 60,322.75 | 60,322.75 | | | | |

Explain how and when the Debtor intends to pay any past due post-petition debts.

Husband, who was sole income provider, is filing a Chapter 11 Bankruptcy for his business.  Through this restructuring, income will be coming into the household.  The debtor also plans to work for the restructured company, will generate income from a rental property and will obtain other work if necessary.

In re Donna Barnes

Debtor

Case No. 19-20400

Reporting Period: 4/1/19-4/30/19

## POST-PETITION STATUS OF SECURED NOTES, LEASES PAYABLE AND ADEQUATE PROTECTION PAYMENTS

| NAME OF CREDITOR | SCHEDULED MONTHLY PAYMENT DUE | AMOUNT PAID DURING MONTH | TOTAL UNPAID POST-PETITION | |
|---|---|---|---|---|
| UBS CT | 5062.75 | 0 | 10,125.50 | * |
| UBS VT | 5260 | 0 | 10,520.00 | * |
| Shemcreek | 50,000 | 0 | 100,000.00 | * |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| TOTAL PAYMENTS | | 0 | | |

*Co Borrower James R. Barnes

## INSTALLMENT PAYMENTS

| TYPE OF POLICY | CARRIER | PERIOD COVERED | PAYMENT AMOUNT & FREQUENCY |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

In re <u>Donna Barnes</u>                                                      Case No. <u>19-20400</u>
     Debtor                                         Reporting Period: <u>4/1/19-4/30/19</u>

## DEBTOR QUESTIONNAIRE

| | Must be completed each month. If the answer to any of the questions is "Yes", provide a detailed explanation of each item. Attach additional sheets if necessary. | Yes | No |
|---|---|---|---|
| 1 | Have any funds been disbursed from any account other than a debtor in possession account this reporting period? | | x |
| 2 | Is the Debtor delinquent in the timely filing of any post-petition tax returns? | | x |
| 3 | Are property insurance, automobile insurance, or other necessary insurance coverages expired or cancelled, or has the debtor received notice of expiration or cancellation of such policies? | | x |
| 4 | Is the Debtor delinquent in paying any insurance premium payment? | | x |
| 5 | Have any payments been made on pre-petition liabilities this reporting period? | x | |
| 6 | Are any post petition State or Federal income taxes past due? | | x |
| 7 | Are any post petition real estate taxes past due? | | x |
| 8 | Are any other post petition taxes past due? | x | |
| 9 | Have any pre-petition taxes been paid during this reporting period? | | x |
| 10 | Are any amounts owed to post petition creditors delinquent? | | x |
| 11 | Have any post petition loans been been received by the Debtor from any party? | | x |
| 12 | Is the Debtor delinquent in paying any U.S. Trustee fees? | | x |
| 13 | Is the Debtor delinquent with any court ordered payments to attorneys or other professionals? | | x |