UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| In Re: | ) | Chapter 11 |
| | ) | |
| DONNA J. BARNES, | ) | Case No. 19-20400 |
| | ) | |
| Debtor | ) | |
| | ) | |

## APPLICATION TO EMPLOY REAL ESTATE BROKERS

TO THE HONORABLE JAMES J. TANCREDI, UNITED STATES BANKRUPTCY JUDGE:

Donna J. Barnes, debtor and debtor-in-possession (the "Debtor"), by and through her counsel, Reid and Riege, P.C., hereby applies to this Court, pursuant to Bankruptcy Code section 327(a) and Bankruptcy Rule 2014, for an order authorizing her to employ Coldwell Banker Residential Brokerage ("Coldwell") as her real estate brokers and, in support thereof, respectfully represents as follows:

1. On March 14, 2019 (the "Filing Date"), the Debtor filed a voluntary petition for relief under Chapter 11 of Title 11 of the United States Code, 11 U.S.C. §101 et seq. (the "Bankruptcy Code") in the United States Bankruptcy Court for the District of Connecticut, Hartford Division. Since the Filing Date, the Debtor has continued in possession and management of her properties as a debtor-in-possession pursuant to Bankruptcy Code sections 1107(a) and 1108.

2. The Debtor and her husband, who is not a debtor under the provisions of the Bankruptcy Code, own real estate located at 145 Deercliff Road, Avon, Connecticut 06001 (the "Property"). The Debtor and her husband have determined that the Property is too expensive for them to maintain under current circumstances.

3. Accordingly, the Debtor needs a real estate broker to market the Property. The Debtor hopes that a sale of the Property will significantly reduce her ongoing expenses.

4. Prior to the Filing Date, the Debtor and her husband retained Coldwell to sell the Property.

5. By this application, the Debtor wishes to continue her retention of Coldwell, which maintains an office at 290 West Main Street, Avon, Connecticut 06001. The Debtor and her husband selected Coldwell because it is familiar with the Property and is competent and equipped to perform the services required.

6. The Debtor's proposed, ongoing engagement of Coldwell is evidenced by a certain Exclusive Listing Agreement, as amended (the "Agreement"), which is attached hereto as **EXHIBIT A**.

7. As more particularly set forth in the Agreement, Coldwell will charge the estate a commission of five percent (5.0%) of the contract price.

8. Due to the nature of the services to be performed and the fact that Coldwell's compensation arrangement involves a commission (as is standard in the industry), the Debtor believes that this Court should waive the hourly compensation and time sheet requirements of Bankruptcy Code sections 330 and 331 and Bankruptcy Rule of Procedure 2016.

9. To the best of the Debtor's knowledge, no one at Coldwell involved in the proposed sale of the Property is related to or connected with, or holds or represents any interest adverse to, the Debtor, her estate, her creditors or any other party in interest. The Debtor believes that Coldwell is a disinterested party as defined in Bankruptcy Code section 101(14).

WHEREFORE, the Debtor respectfully requests that the Court enter an order authorizing her to employ Coldwell as her real estate brokers on the terms and conditions described herein and in the Agreement, that the hourly compensation and time sheet requirements of Bankruptcy Code sections 330 and 331 and Bankruptcy Rule of Procedure 2016 be waived, and that she be granted such other and further relief as is just and equitable.

Dated at Hartford, Connecticut, this 28th day of May, 2019.

DONNA J. BARNES

By /s/ Jon P. Newton
Jon P. Newton, Esq.
Federal Bar No. ct03376
Reid and Riege, P.C.
Her Attorneys
One Financial Plaza
Hartford, CT 06103
(860) 278-1150