# United States Bankruptcy Court
## District of Connecticut

In re  **Donna J. Barnes**

Debtor

Case No. *19-20400*

Chapter *11*

## AMENDMENTS COVER SHEET

Amendments to the following amended schedules are transmitted herewith:

Amended Schedule A/B:  Property; and

Amended Schedule D:  Creditors Who Have Claims Secured by Property; and

Amended Schedule J:  Your Expenses.

Date:  May 31, 2019

DONNA BARNES, Debtor

BY:  /s/ Jon P. Newton
Jon P. Newton     ct03376
Reid and Riege, P.C.
One Financial Plaza
Hartford, CT  06103
P (860) 240-1090
F (860) 240-1002
jnewton@rrlawpc.com

*Attorney for Debtor*

**Fill in this information to identify your case and this filing:**

| | | | |
|---|---|---|---|
| Debtor 1 | *Donna J. Barnes* | | |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the:   DISTRICT OF CONNECTICUT

Case number   *19-20400*

☒ Check if this is an amended filing

## Official Form 106A/B
## Schedule A/B: Property - AMENDED                    12/15

In each category, separately list and describe items. List an asset only once.   If an asset fits in more than one category, list the asset in the category where you think it fits best.   Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

**Part 1:   Describe Each Residence, Building, Land, or Other Real Estate You Own or Have an Interest In**

1.   **Do you own or have any legal or equitable interest in any residence, building, land, or similar property?**

☐ No. Go to Part 2.
☒ Yes.   Where is the property?

1.1

*145 Deercliff Road*
Street address, if available, or other description

*Avon*          *CT*    *06001-0000*
City              State    ZIP Code

*Hartford*
County

**What is the property?** Check all that apply

☒ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
☐ Land
☐ Investment property
☐ Timeshare
☐ Other

**Who has an interest in the property?** Check one

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number:

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| *$2,000,000.00* | *$1,000,000.00* |

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.
*Joint tenant*

☐ Check if this is community property (see instructions)

Debtor 1    *Donna J. Barnes*                                         Case number *(if known)*   *19-20400*

**If you own or have more than one, list here:**

1.2

*33 Bay Street*
Street address, if available, or other description

| What is the property? Check all that apply | |
|---|---|
| ☒ | Single-family home |
| ☐ | Duplex or multi-unit building |
| ☐ | Condominium or cooperative |
| ☐ | Manufactured or mobile home |
| ☐ | Land |
| ☐ | Investment property |
| ☐ | Timeshare |
| ☐ | Other |

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

*Westerly*    *RI*    *02891-0000*
City          State   ZIP Code

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| *$11,000,000.00* | *$5,500,000.00* |

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.
*Joint tenant*

*Washington*
County

**Who has an interest in the property?** Check one
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another

☐ Check if this is community property (see instructions)

Other information you wish to add about this item, such as local property identification number:

---

**If you own or have more than one, list here:**

1.3

*Larkin Street*
Street address, if available, or other description

| What is the property? Check all that apply | |
|---|---|
| ☐ | Single-family home |
| ☐ | Duplex or multi-unit building |
| ☐ | Condominium or cooperative |
| ☐ | Manufactured or mobile home |
| ☐ | Land |
| ☐ | Investment property |
| ☐ | Timeshare |
| ☒ | Other |

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

*Westerly*    *RI*    *02891-0000*
City          State   ZIP Code

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| *$135,000.00* | *$135,000.00* |

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.

*Washington*
County

**Who has an interest in the property?** Check one
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another

☐ Check if this is community property (see instructions)

Other information you wish to add about this item, such as local property identification number:

*Cabana - held for Lauren A. Barnes until approved as a junior member of Watch Hill Yacht Club*

---

2.  Add the dollar value of the portion you own for all of your entries from Part 1, including any entries for pages you have attached for Part 1. Write that number here.........................................................................=>

| |
|---|
| *$6,635,000.00* |

**Part 2:**  Describe Your Vehicles

Do you own, lease, or have legal or equitable interest in any vehicles, whether they are registered or not? Include any vehicles you own that someone else drives. If you lease a vehicle, also report it on *Schedule G: Executory Contracts and Unexpired Leases.*

3.  **Cars, vans, trucks, tractors, sport utility vehicles, motorcycles**

☒ No
☐ Yes

---

Debtor 1    *Donna J. Barnes*    Case number *(if known)*  *19-20400*

**4. Watercraft, aircraft, motor homes, ATVs and other recreational vehicles, other vehicles, and accessories**
*Examples:* Boats, trailers, motors, personal watercraft, fishing vessels, snowmobiles, motorcycle accessories

☒ No
☐ Yes

5  Add the dollar value of the portion you own for all of your entries from Part 2, including any entries for
pages you have attached for Part 2. Write that number here.............................................................=>        **$0.00**

**Part 3:** Describe Your Personal and  Household Items

Do you own or have any legal or equitable interest in any of the following items?

Current value of the
portion you own?
Do not deduct secured
claims or exemptions.

**6. Household goods and furnishings**
*Examples:* Major appliances, furniture, linens, china, kitchenware
☐ No
☒ Yes.  Describe.....

| Household goods and furnishings - See attached list | $55,000.00 |

**7. Electronics**
*Examples:* Televisions and radios; audio, video, stereo, and digital equipment; computers, printers, scanners; music collections; electronic devices
including cell phones, cameras, media players, games
☐ No
☒ Yes.  Describe.....

| Electronics | $5,000.00 |

**8. Collectibles of value**
*Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; stamp, coin, or baseball card collections;
other collections, memorabilia, collectibles
☐ No
☒ Yes.  Describe.....

| Collectibles | $15,000.00 |

**9. Equipment for sports and hobbies**
*Examples:* Sports, photographic, exercise, and other hobby equipment; bicycles, pool tables, golf clubs, skis; canoes and kayaks; carpentry tools;
musical instruments
☐ No
☒ Yes.  Describe.....

| Equipment for sports and hobbies | $5,000.00 |

**10. Firearms**
*Examples:* Pistols, rifles, shotguns, ammunition, and related equipment
☒ No
☐ Yes.  Describe.....

**11. Clothes**
*Examples:* Everyday clothes, furs, leather coats, designer wear, shoes, accessories
☐ No
☒ Yes.  Describe.....

| Clothes | $10,000.00 |

Debtor 1    *Donna J. Barnes*                                      Case number *(if known)*  *19-20400*

**12. Jewelry**
*Examples:* Everyday jewelry, costume jewelry, engagement rings, wedding rings, heirloom jewelry, watches, gems, gold, silver
☐ No
☒ Yes.  Describe.....

| Jewelry - See attached list | $75,000.00 |
|---|---|

**13. Non-farm animals**
*Examples:* Dogs, cats, birds, horses
☐ No
☒ Yes.  Describe.....

| Non-farm animals | $2,000.00 |
|---|---|

**14. Any other personal and household items you did not already list, including any health aids you did not list**
☒ No
☐ Yes.  Give specific information.....

**15. Add the dollar value of all of your entries from Part 3, including any entries for pages you have attached for Part 3. Write that number here .........................................................................**    | $167,000.00 |

---

**Part 4:   Describe Your Financial Assets**

Do you own or have any legal or equitable interest in any of the following?

Current value of the portion you own?
Do not deduct secured claims or exemptions.

**16. Cash**
*Examples:* Money you have in your wallet, in your home, in a safe deposit box, and on hand when you file your petition
☐ No
☒ Yes.......................................................................................

| *Cash* | $500.00 |
|---|---|

**17. Deposits of money**
*Examples:* Checking, savings, or other financial accounts; certificates of deposit; shares in credit unions, brokerage houses, and other similar institutions. If you have multiple accounts with the same institution, list each.
☐ No
☒ Yes......................    Institution name:

| 17.1. | *Deposits - - TD Bank - opened 4/1/19 (includes funds which belong to family members)* | $10,000.00 |
|---|---|---|

**18. Bonds, mutual funds, or publicly traded stocks**
*Examples:* Bond funds, investment accounts with brokerage firms, money market accounts
☒ No
☐ Yes.................    Institution or issuer name:

**19. Non-publicly traded stock and interests in incorporated and unincorporated businesses, including an interest in an LLC, partnership, and joint venture**
☒ No
☐ Yes.  Give specific information about them...................
        Name of entity:                                        % of ownership:

**20. Government and corporate bonds and other negotiable and non-negotiable instruments**
*Negotiable instruments* include personal checks, cashiers' checks, promissory notes, and money orders.
*Non-negotiable instruments* are those you cannot transfer to someone by signing or delivering them.
☒ No
☐ Yes. Give specific information about them
        Issuer name:

---

Debtor 1    **Donna J. Barnes**                                      Case number *(if known)*    *19-20400*

---

21. **Retirement or pension accounts**
    *Examples:* Interests in IRA, ERISA, Keogh, 401(k), 403(b), thrift savings accounts, or other pension or profit-sharing plans
    ☐ No
    ☒ Yes. List each account separately.
    Type of account:             Institution name:

    *Metlife Annuity*                                                            $2,275.00

---

22. **Security deposits and prepayments**
    Your share of all unused deposits you have made so that you may continue service or use from a company
    *Examples:* Agreements with landlords, prepaid rent, public utilities (electric, gas, water), telecommunications companies, or others
    ☒ No
    ☐ Yes. ....................             Institution name or individual:

23. **Annuities** (A contract for a periodic payment of money to you, either for life or for a number of years)
    ☒ No
    ☐ Yes............   Issuer name and description.

24. **Interests in an education IRA, in an account in a qualified ABLE program, or under a qualified state tuition program.**
    26 U.S.C. §§ 530(b)(1), 529A(b), and 529(b)(1).
    ☒ No
    ☐ Yes............   Institution name and description. Separately file the records of any interests.11 U.S.C. § 521(c):

25. **Trusts, equitable or future interests in property (other than anything listed in line 1), and rights or powers exercisable for your benefit**
    ☒ No
    ☐ Yes.   Give specific information about them...

26. **Patents, copyrights, trademarks, trade secrets, and other intellectual property**
    *Examples:* Internet domain names, websites, proceeds from royalties and licensing agreements
    ☒ No
    ☐ Yes.   Give specific information about them...

27. **Licenses, franchises, and other general intangibles**
    *Examples:* Building permits, exclusive licenses, cooperative association holdings, liquor licenses, professional licenses
    ☒ No
    ☐ Yes.   Give specific information about them...

**Money or property owed to you?**                                                **Current value of the portion you own?**
Do not deduct secured claims or exemptions.

28. **Tax refunds owed to you**
    ☒ No
    ☐ Yes. Give specific information about them, including whether you already filed the returns and the tax years.......

29. **Family support**
    *Examples:* Past due or lump sum alimony, spousal support, child support, maintenance, divorce settlement, property settlement
    ☒ No
    ☐ Yes. Give specific information......

30. **Other amounts someone owes you**
    *Examples:* Unpaid wages, disability insurance payments, disability benefits, sick pay, vacation pay,   workers' compensation, Social Security benefits; unpaid loans you made to someone else
    ☒ No
    ☐ Yes.   Give specific information..

---

Official Form 106A/B                          Schedule A/B: Property                                    page 5

Debtor 1    **Donna J. Barnes**                                    Case number *(if known)*    **19-20400**

31. **Interests in insurance policies**
    *Examples:* Health, disability, or life insurance; health savings account (HSA); credit, homeowner's, or renter's insurance
    ☒ No
    ☐ Yes. Name the insurance company of each policy and list its value.
        Company name:                                    Beneficiary:                    Surrender or refund value:

32. **Any interest in property that is due you from someone who has died**
    If you are the beneficiary of a living trust, expect proceeds from a life insurance policy, or are currently entitled to receive property because someone has died.
    ☒ No
    ☐ Yes.  Give specific information..

33. **Claims against third parties, whether or not you have filed a lawsuit or made a demand for payment**
    *Examples:* Accidents, employment disputes, insurance claims, or rights to sue
    ☒ No
    ☐ Yes.   Describe each claim.........

34. **Other contingent and unliquidated claims of every nature, including counterclaims of the debtor and rights to set off claims**
    ☒ No
    ☐ Yes.  Describe each claim........

35. **Any financial assets you did not already list**
    ☒ No
    ☐ Yes.  Give specific information..

36. Add the dollar value of all of your entries from Part 4, including any entries for pages you have attached for Part 4. Write that number here.....................................................................................................

| |
|---|
| **$12,775.00** |

**Part 5:**   Describe Any Business-Related Property You Own or Have an Interest In. List any real estate in Part 1.

37. **Do you own or have any legal or equitable interest in any business-related property?**
    ☒ No. Go to Part 6.
    ☐ Yes.   Go to line 38.

**Part 6:**   Describe Any Farm- and Commercial Fishing-Related Property You Own or Have an Interest In.
If you own or have an interest in farmland, list it in Part 1.

46. **Do you own or have any legal or equitable interest in any farm- or commercial fishing-related property?**
    ☒ No. Go to Part 7.
    ☐ Yes.   Go to line 47.

**Part 7:**   Describe All Property You Own or Have an Interest In That You Did Not List Above

53. **Do you have other property of any kind you did not already list?**
    *Examples:* Season tickets, country club membership
    ☒ No
    ☐ Yes. Give specific information.........

54. Add the dollar value of all of your entries from Part 7. Write that number here   .....................................

| |
|---|
| **$0.00** |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com

Debtor 1   **Donna J. Barnes**

Case number *(if known)*   **19-20400**

**Part 8:**   List the Totals of Each Part of this Form

| | | |
|---|---|---|
| 55. **Part 1: Total real estate, line 2** .................................................................... | | $6,635,000.00 |
| 56. **Part 2: Total vehicles, line 5** | $0.00 | |
| 57. **Part 3: Total personal and household items, line 15** | $167,000.00 | |
| 58. **Part 4: Total financial assets, line 36** | $12,775.00 | |
| 59. **Part 5: Total business-related property, line 45** | $0.00 | |
| 60. **Part 6: Total farm- and fishing-related property, line 52** | $0.00 | |
| 61. **Part 7: Total other property not listed, line 54** + | $0.00 | |
| 62. **Total personal property.** Add lines 56 through 61... | $179,775.00 | Copy personal property total ▶ $179,775.00 |
| 63. **Total of all property on Schedule A/B.** Add line 55 + line 62 | | $6,814,775.00 |

Estimate Home Goods and Furnishings CT

| Item | Age | | Issues | | | Estimated FMV |
|------|-----|--|--------|--|--|---------------|
| Great Room Sectional | 15 years | | Popped buttons. Stained fabric, trim is falling apart | | | 1500 |
| 2 Wing Chairs | 15 years | | | | | 1500 |
| 2 club chairs | 15 years | | Missing buttons | | | 1500 |
| Ottoman | 15 years | | | | | |
| Bar stools | 15 years | | | | | 200 |
| Coffee table | 15 years | | Broken pull, stained leather | | | 500 |
| Dining Table, 4 chairs | 20 years | | Stained seats | | | 800 |
| Kohler Camble Piano | 15 years | | Needs tuning | | | 4500 |
| Sofas | 18 years | | | | | |
| Leather Club chairs | 18 years | | | | | 650 |
| Side chair | 18 years | | Stained | | | 50 |
| 2 Slipper chairs | 18 years | | | | | 300 |
| End tables | 20 years | | | | | 150 |
| 3 lamps | 15 years | | | | | 150 |
| Side Board | 15 years | | | | | 800 |
| Desk | 5 years | | | | | 400 |
| Recliner chairs | 5 years | | | | | 1200 |
| Crate and Barrel Full Bed | 5 years | | | | | 500 |
| Side chair | 20 years | | | | | 150 |
| End tables | 5 years | | | | 100, | |
| Area Rug | 15 years | | | | | 1500 |
| Area Rug | 15 years | | | | | 1500 |
| Area rug PB | 20 years | | | | | 300 |
| Area rug | 5 years | | Pulls | | | 200 |
| Area Rug | 5 years | | | | | 500 |
| Pool table | 15 years | | | | | 1000 |
| Leather 4 piece set | 22 years | | Discolored | | | 800 |
| Ping pong table | 5 years | | | | | 900 |
| Desk  DB | 5 years | | Chipped | | | 500 |
| Desk chair | | | | | | 30 |

| Item | Age | | Issues | | | Estimated FMV |
|------|-----|--|--------|--|--|---------------|
| Basement coffee and side tables | 22 years | | Scratched, chipped | | | 150 |
| Twin bed frame | | | | | | 30 |
| King Bed | 15 years | | | | | 500 |
| Side tables | 15 years | | | | | 400 |
| Armoire | 15 years | | | | | 450 |
| Lamps | | | | | | 150 |
| Pottery barn head boards | 12 years | | | | | 150 |
| Ben Desk | 5 years | | | | | 40 |
| Bed Frame | | 12 | | | | 50 |
| King Bed Crate $ Barrel | 5 years | | | | | 800 |
| Desk Clay | 22 years | | | | | 200 |
| Lauren Bed | 5 years | | Faded fabric | | | 500 |
| Lauren desk | 16 years | | | | | 40 |
| Rug LB | 5 years | | | | | 200 |
| Rug BB | 5 years | | | | | 200 |
| Rug Master | 5 years | | | | | 200 |
| | | | | | | |
| Painting Laurie Zummo | 8 years | | | | | 1200 |
| Painting Kozora | 9 year | | | | | 1400 |
| | | | | | | |
| Refrigerator | 1 year | | | | | 1500 |
| Double Oven | 1 year | | | | | 1500 |
| Cooktop | 1year | | | | | 1500 |
| Bev Fridges | 1 year | | | | | 600 |
| Fridge Drawers | 1 year | | | | | 1200 |
| | | | | | | |
| | | | | | | |
| Kitchen Items | | | | | | 1500 |
| Linens | | | | | | 1000 |
| | | | | | | |
| | | | | | | |
| TOTAL | | | | | | 37540 |

ESTIMATE RI  Good & Furnishings MAIN HOUSE

| Item | Age | | Issues | | | Total |
|------|-----|--|--------|--|--|-------|
| Sectional | 11 years | | Minor Stains/tear | | | 2000 |
| Coffee Tabel | 11 years | | Scratched Top | | | 1000 |
| Side Chairs 2 | 11 years | | Faded Fabric | | | 2000 |
| Club Chair | 11 years | | | | | 1000 |
| Trophy Cabinet | 11 years | | | | | 1000 |
| Side Tables 2 | 11 years | | Wood separating | | | 300 |
| Piano yamaha | 11 years | | Ding marks on top | | | 5000 |
| Dining Table | 11 years | | Some stains | | | 2500 |
| Dining Chairs 10 | 11 years | | Some stained | | | 2000 |
| Bar Chairs 4 | 11 years | | stains/ trim loose | | | 1200 |
| | | | | | | |
| Fridge column | 1 year | | | | | 1500 |
| Freezer column | 1 year | | | | | 1500 |
| Ice makers 2 | 1 year | | | | | 1500 |
| Range | 11 years | | | | | 600 |
| Dishwashers | 11 years | | | | | 200 |
| | | | | | | |
| King Bed | 11 years | | | | | 2000 |
| Chest | 11 years | | | | | 300 |
| Night Stands | 11 years | | Finish issues | | | 600 |
| Chaise | 11 years | | | | | 1500 |
| TV Cabinet | 11 years | | | | | 2000 |
| 4 lamps | 11 years | | | | | 200 |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| Twin Beds 2 | 11 years | | | | | 600 |
| Armoire | 11 years | | | | | 500 |
| Chest | 11 years | | | | | |
| | | | | | | |
| Sectional/sleeper | 11 years | | Stained | | | 2000 |
| Leather Ottoman | 11 years | | Stained | | | 500 |
| Sofa Table/ Stools | 11 years | | Stained | | | 500 |
| End Table | 11 years | | | | | 200 |
| | | | | | | |
| Foosball Table | 11 years | | | | | 300 |
| Love seats 2 | 11 years | | | | | 1500 |
| Trunk | 11 years | | | | | 800 |
| Chest | 11 years | | | | | 600 |
| Round Table | 11 years | | | | | 700 |

| Item | Age | | Issues | | | Total |
|------|-----|---|--------|---|---|-------|
| Leather club chairs 4 | 11 years | | | | | 2000 |
| Lamp | 11 years | | | | | 50 |
| | | | | | | |
| Twin Beds | 11 years | | | | | 600 |
| Chest | 11 years | | | | | 500 |
| Lamp | 11 years | | | | | 50 |
| | | | | | | |
| Twin Bed | 11 years | | | | | 300 |
| Chest | 11 years | | | | | 300 |
| Lamp | 11 years | | | | | 50 |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| Queen Bed | 11 years | | | | | 700 |
| Small Chest | 11 years | | | | | 400 |
| Round Table | 11 years | | | | | 200 |
| Chest | 11 years | | | | | 500 |
| Chaise 2 | 11 years | | | | | 500 |
| Armoire | 11 years | | | | | 500 |
| Lamps 2 | 11 years | | | | | 300 |
| Wicker chairs 2 | 11 years | | | | | 400 |
| | | | | | | |
| Day bed | 11 years | | | | | 500 |
| Chairs | 11 years | | | | | 500 |
| End Tables 2 | 11 years | | | | | 300 |
| Chest | 11 years | | | | | 500 |
| | | | | | | |
| Desk | 11 years | | | | | 250 |
| Love seat | 11 years | | | | | 200 |
| Trunk | 11 years | | | | | 150 |
| | | | | | | |
| Artwork | | PAID | | | | Estimate comparing on line |
| Horrigan | | 1500 | | | | 1500 |
| Cean Youngs | | 1200 | | | | 1200 |
| G.E. Fellows | | 6000.00 | Est. | | ? | 10,000 |
| Horrigan | | 1200 | | | | 1200 |
| Moore | | 1100 | Est. | | | 1100 |
| Hill | | 1200 | Est. | | | 1200 |
| Zummo | | 4000 | EST | | ? | 9000 |
| Art Chouinard | | 5,000 | ? | | No info found | 5,000 |

2

| Item | Age | Issues | | | Total |
|---|---|---|---|---|---|
| **Framed Maps 6** | | | | | 2000 |
| **Misc Prints** | | | | | 2000 |
| | | | | | |
| **Kitchen Items** | | | | | 1500 |
| **Linens** | | | | | 1500 |
| | | | | | |
| **Total** | | | | | 82050 |
| | | | | | |
| | | | | | |
| **Most Auction houses or consignment take 40% of what the item is sold for.** | Estimates are not professionally done but I did research as best I could going rates for similar items | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

ESTIMATE  RI Goods and Home Furnishings COTTAGE

| Item | Age | | | | | Total |
|---|---|---|---|---|---|---|
| Sofa | 18 Years | | | | | 500 |
| Slipper Chairs 2 | 13 years | | | | | 300 |
| End talbes 3 | 13 years | | | | | 300 |
| Lamps | 13 years | | | | | 50 |
| | | | | | | |
| Dining Table | 13 years | | | | | 200 |
| Chairs 6 | 13 years | | | | | 200 |
| Bar Stools 2 | 13 years | | | | | 80 |
| Shelving | 13 years | | | | | 75 |
| | | | | | | |
| Rug | 13 years | | | | | 200 |
| | | | | | | |
| Kings bed | 13 years | | | | | 400 |
| Towers 2 | 13 years | | | | | 400 |
| Night stand 2 | 13 years | | | | | 250 |
| Chest | 13 years | | | | | 200 |
| Arm Chairs 2 | 13 years | | | | | 300 |
| Ottoman | 13 years | | | | | 80 |
| Bench | 13 years | | | | | 75 |
| Lamps | 13 years | | | | | 60 |
| | | | | | | |
| Queen Ben | 13 years | | | | | 300 |
| Night stand 2 | 13 years | | | | | 60 |
| Chest | 13 years | | | | | 75 |
| Bench | 13 years | | | | | 75 |
| Lamp | 13 years | | | | | 30 |
| | | | | | | |
| Twin Bed Frames2 | 13 years | | | | | 100 |
| Night stand 2 | 13 years | | | | | 100 |
| Lamps | | | | | | 20 |
| | | | | | | |
| Prints Misc | | | | | | 500 |
| | | | | | | |
| Range | 13 years | | | | | 300 |
| Fridge | 13 years | | | | | 300 |
| Dishwasher | 13 years | | | | | 200 |
| | | | | | | |
| Various Prints | | | | | | 400 |
| Kitchen Ware | | | | | | 200 |
| Linens | | | | | | 500 |
| | | | | | | |

| Item | Age | | | | | Total |
|------|-----|--|--|--|--|-------|
| TOTAL | | | | | | 5730 |
| All Furniture is from Pottery Barn or Crate and Barrel | | | | | | |
| | | | | | | |
| | | | | | | |

Estimate Jewelry Fair Market Value

| Jewelry | Purchase | Estimate | | | | |
|---|---|---|---|---|---|---|
| Loose Diamond | | | | Appraised | Gem Jewelry | 5500 |
| Diamond Ring | | | | Appraised | Lux Bond | 65000 |
| Platinum Wedding Ring | 1200.00 | | | Appraised | Lux Bond | 175.00 |
| Tennis Bracelet | | Y | | | | 200 |
| Tennis Bracelet | | Y | | | | 200 |
| Gold Earrings 2 | | Y | | | | 125 |
| Gold Necklace | | Y | | | | 200 |
| Gold Bracelet | | Y | | | | 75 |
| Gold Necklace | | Y | | | | 200 |
| Cocktail Ring | | Y | | | | 200 |
| Opal Ring | | Y | Missing Opals | | | 100 |
| Diamond Earrings | | Y | 1 CT. | | | 200 |
| | | | | | | |
| | | | | | | 72175 |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

1

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | *Donna J. Barnes* | | |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse if, filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | DISTRICT OF CONNECTICUT | | |
| Case number | *19-20400* | | |
| (if known) | | | |

☒ Check if this is an amended filing

## Official Form 106D

# Schedule D: Creditors Who Have Claims Secured by Property

12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, number the entries, and attach it to this form. On the top of any additional pages, write your name and case number (if known).

**1. Do any creditors have claims secured by your property?**

☐ No. Check this box and submit this form to the court with your other schedules. You have nothing else to report on this form.

☒ Yes. Fill in all of the information below.

### Part 1:    List All Secured Claims

**2. List all secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim. If more than one creditor has a particular claim, list the other creditors in Part 2. As much as possible, list the claims in alphabetical order according to the creditor's name.

| | | Column A<br>Amount of claim<br>Do not deduct the<br>value of collateral. | Column B<br>Value of collateral<br>that supports this<br>claim | Column C<br>Unsecured<br>portion<br>If any |
|---|---|---|---|---|
| **2.1** **Dan Solaz**<br>Creditor's Name<br><br>*c/o Dan Burgoyne, Esq.*<br>*Ten Weybosset St., Ste 800*<br>*Providence, RI 02903*<br>Number, Street, City, State & Zip Code | **Describe the property that secures the claim:**<br>*33 Bay St., Westerly, RI  02891*<br><br>**As of the date you file, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☒ Disputed | *$320,917.16* | *$11,000,000.00* | *Unknown* |
| **Who owes the debt?** Check one.<br>☐ Debtor 1 only<br>☐ Debtor 2 only<br>☐ Debtor 1 and Debtor 2 only<br>☒ At least one of the debtors and another<br>☐ Check if this claim relates to a<br>community debt | **Nature of lien.** Check all that apply.<br>☐ An agreement you made (such as mortgage or secured car loan)<br>☐ Statutory lien (such as tax lien, mechanic's lien)<br>☒ Judgment lien from a lawsuit<br>☐ Other (including a right to offset) _____ | | | |
| Date debt was incurred *11/16/2018* | Last 4 digits of account number _____ | | | |

| | | | | |
|---|---|---|---|---|
| **2.2** **Dan Solaz**<br>Creditor's Name<br><br>*c/o Dan Burgoyne, Esq.*<br>*Ten Weybosset St., Ste 800*<br>*Providence, RI 02903*<br>Number, Street, City, State & Zip Code | **Describe the property that secures the claim:**<br>*145 Deerfield Rd., Avon, CT 06001*<br><br>**As of the date you file, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☒ Disputed | *$320,917.16* | *$2,000,000.00* | *Unknown* |
| **Who owes the debt?** Check one.<br>☐ Debtor 1 only<br>☐ Debtor 2 only<br>☐ Debtor 1 and Debtor 2 only<br>☒ At least one of the debtors and another<br>☐ Check if this claim relates to a<br>community debt | **Nature of lien.** Check all that apply.<br>☐ An agreement you made (such as mortgage or secured car loan)<br>☐ Statutory lien (such as tax lien, mechanic's lien)<br>☒ Judgment lien from a lawsuit<br>☐ Other (including a right to offset) _____ | | | |
| Date debt was incurred *11/16/2018* | Last 4 digits of account number _____ | | | |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

Debtor 1   **Donna J. Barnes**                                                    Case number (if known)   **19-20400**

First Name          Middle Name          Last Name

---

| 2.3 | **Mark Brett** | Describe the property that secures the claim: | **$350,000.00** | **$11,000,000.00** | **Unknown** |

Creditor's Name

**c/o Charles Miller, Esq.**
**PMB 108**
**1245 Farmington Ave.**
**West Hartford, CT 06107**

Number, Street, City, State & Zip Code

**Describe the property that secures the claim:**
**33 Bay St., Westerly, RI   02891**

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☒ Disputed

**Who owes the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another
☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☒ Other (including a right to offset)   **Attachment**

Date debt was incurred   **3/1/2019**          Last 4 digits of account number

---

| 2.4 | **Reinhart Food Service, LLC** | Describe the property that secures the claim: | **$1,592,280.19** | **$11,000,000.00** | **Unknown** |

Creditor's Name

**c/o Peter Clarkin, Esq.**
**72 Pine St., 4th Fl.**
**Providence, RI 02903**

Number, Street, City, State & Zip Code

**Describe the property that secures the claim:**
**33 Bay St., Westerly, RI   02891**

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☒ Disputed

**Who owes the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another
☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☒ Judgment lien from a lawsuit
☐ Other (including a right to offset)

Date debt was incurred   **12/14/2018**          Last 4 digits of account number

---

| 2.5 | **Reinhart Food Service, LLC** | Describe the property that secures the claim: | **$1,592,280.19** | **$2,000,000.00** | **Unknown** |

Creditor's Name

**c/o Peter Clarkin, Esq.**
**72 Pine St., 4th Fl.**
**Providence, RI 02903**

Number, Street, City, State & Zip Code

**Describe the property that secures the claim:**
**145 Deerfield Rd., Avon, CT 06001**

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☒ Disputed

**Who owes the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another
☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☒ Judgment lien from a lawsuit
☐ Other (including a right to offset)

Date debt was incurred   **12/14/2018**          Last 4 digits of account number

---

Official Form 106D          Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**          page 2 of 4

Debtor 1    **Donna J. Barnes**

First Name        Middle Name              Last Name

Case number (if known)    **19-20400**

| | | |
|---|---|---|
| **2.6** **RTM Capital Partners et al.** | Describe the property that secures the claim: | **$6,285,173.17**     **$0.00**     **Unknown** |

Creditor's Name

**c/o Shechtman Halperin Attn:   Pres./Partner/Mng Agent 1080 Main St. Pawtucket, RI 02860**

Number, Street, City, State & Zip Code

**33 Bay St., Westerly, RI   02891**

As of the date you file, the claim is: Check all that apply.

☐ Contingent

☐ Unliquidated

☒ Disputed

**Who owes the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another
☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.

☐ An agreement you made (such as mortgage or secured car loan)

☐ Statutory lien (such as tax lien, mechanic's lien)

☒ Judgment lien from a lawsuit

☐ Other (including a right to offset) _____

Date debt was incurred  **9/5/2018**      Last 4 digits of account number _____

---

| | | |
|---|---|---|
| **2.7** **Shem Creek Haystack, LLC** | Describe the property that secures the claim: | **$3,500,000.00**     **$11,000,000.00**     **$0.00** |

Creditor's Name

**Attn: Pres./Partner/Managing Agent 16 Laurel Ave. Wellesley, MA 02841**

Number, Street, City, State & Zip Code

**33 Bay St., Westerly, RI   02891**

As of the date you file, the claim is: Check all that apply.

☐ Contingent

☒ Unliquidated

☒ Disputed

**Who owes the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another
☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.

☐ An agreement you made (such as mortgage or secured car loan)

☐ Statutory lien (such as tax lien, mechanic's lien)

☐ Judgment lien from a lawsuit

☒ Other (including a right to offset)  **2nd Mortgage**

Date debt was incurred  **9/2016**      Last 4 digits of account number _____

---

| | | |
|---|---|---|
| **2.8** **UBS** | Describe the property that secures the claim: | **$1,923,462.00**     **$2,000,000.00**     **$0.00** |

Creditor's Name

**Attn: Pres./Partner/Managing Agent PO Box 77423 Ewing, NJ 08628**

Number, Street, City, State & Zip Code

**145 Deercliff Rd., Avon, CT   06001**

As of the date you file, the claim is: Check all that apply.

☐ Contingent

☒ Unliquidated

☐ Disputed

**Who owes the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another
☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.

☐ An agreement you made (such as mortgage or secured car loan)

☐ Statutory lien (such as tax lien, mechanic's lien)

☐ Judgment lien from a lawsuit

☒ Other (including a right to offset)  **First Mortgage**

Date debt was incurred  **11/2013**      Last 4 digits of account number   **3118**

---

Official Form 106D       Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**       page 3 of 4

Debtor 1    *Donna J. Barnes*                                         Case number (if known)    *19-20400*

First Name    Middle Name    Last Name

| 2.9 | **UBS** | Describe the property that secures the claim: | $2,000,000.00 | $11,000,000.00 | $0.00 |

Creditor's Name
*Attn:*
*Pres./Partner/Managing*
*Agent*
*PO Box 77423*
*Ewing, NJ 08628*

Number, Street, City, State & Zip Code

**Describe the property that secures the claim:**
*33 Bay Street Westerly, RI 02891*
*Washington County*

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent

☒ Unliquidated

☐ Disputed

**Who owes the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☒ At least one of the debtors and another

☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.

☐ An agreement you made (such as mortgage or secured car loan)

☐ Statutory lien (such as tax lien, mechanic's lien)

☐ Judgment lien from a lawsuit

☒ Other (including a right to offset)  *First Mortgage*

Date debt was incurred    *11/2013*        Last 4 digits of account number    *3001*

Add the dollar value of your entries in Column A on this page. Write that number here:    $17,885,029.87

If this is the last page of your form, add the dollar value totals from all pages. Write that number here:    $17,885,029.87

**Part 2:    List Others to Be Notified for a Debt That You Already Listed**

Use this page only if you have others to be notified about your bankruptcy for a debt that you already listed in Part 1. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the creditor in Part 1, and then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Part 1, list the additional creditors here. If you do not have additional persons to be notified for any debts in Part 1, do not fill out or submit this page.

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Donna J. Barnes** |
| Debtor 2 (Spouse, if filing) | |
| United States Bankruptcy Court for the: | **DISTRICT OF CONNECTICUT** |
| Case number (If known) | **19-20400** |

Check if this is:

☑ An amended filing
☐ A supplement showing postpetition chapter 13 expenses as of the following date:

_____
MM / DD / YYYY

## Official Form 106J
## Schedule J: Your Expenses-AMENDED                    12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach another sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1:   Describe Your Household

1.  **Is this a joint case?**

    ☑ No. Go to line 2.
    ☐ Yes. **Does Debtor 2 live in a separate household?**
    　　☐ No
    　　☐ Yes. Debtor 2 must file Official Form 106J-2, *Expenses for Separate Household* of Debtor 2.

2.  **Do you have dependents?**     ☐ No

    Do not list Debtor 1 and Debtor 2.     ☑ Yes. Fill out this information for each dependent............

    Do not state the dependents names.

    | Dependent's relationship to Debtor 1 or Debtor 2 | Dependent's age | Does dependent live with you? |
    |---|---|---|
    | *Son* | *15* | ☐ No  ☑ Yes |
    | *Son* | *20* | ☐ No  ☑ Yes |
    | *Daughter* | *21* | ☐ No  ☑ Yes |
    | | | ☐ No  ☐ Yes |

3.  **Do your expenses include expenses of people other than yourself and your dependents?**     ☑ No  ☐ Yes

### Part 2:   Estimate Your Ongoing Monthly Expenses

Estimate your expenses as of your bankruptcy filing date unless you are using this form as a supplement in a Chapter 13 case to report expenses as of a date after the bankruptcy is filed. If this is a supplemental *Schedule J*, check the box at the top of the form and fill in the applicable date.

Include expenses paid for with non-cash government assistance if you know the value of such assistance and have included it on *Schedule I: Your Income* (Official Form 106I.)

| | | **Your expenses** |
|---|---|---|
| 4.   The rental or home ownership expenses for your residence. Include first mortgage payments and any rent for the ground or lot. | 4.  $ | **5,063.00** |
| If not included in line 4: | | |
| 4a.   Real estate taxes | 4a.  $ | **8,333.00** |
| 4b.   Property, homeowner's, or renter's insurance | 4b.  $ | **4,000.00** |
| 4c.   Home maintenance, repair, and upkeep expenses | 4c.  $ | **833.00** |
| 4d.   Homeowner's association or condominium dues | 4d.  $ | **0.00** |
| 5.   Additional mortgage payments for your residence, such as home equity loans | 5.  $ | **0.00** |

Debtor 1    **Donna J. Barnes**                                  Case number (if known)    **19-20400**

| | | | | |
|---|---|---|---|---|
| 6. | **Utilities:** | | | |
| | 6a. | Electricity, heat, natural gas | 6a. $ | 1,500.00 |
| | 6b. | Water, sewer, garbage collection | 6b. $ | 500.00 |
| | 6c. | Telephone, cell phone, Internet, satellite, and cable services | 6c. $ | 900.00 |
| | 6d. | Other. Specify: | 6d. $ | 0.00 |
| 7. | **Food and housekeeping supplies** | | 7. $ | 1,200.00 |
| 8. | **Childcare and children's education costs** | | 8. $ | 5,000.00 |
| 9. | **Clothing, laundry, and dry cleaning** | | 9. $ | 400.00 |
| 10. | **Personal care products and services** | | 10. $ | 100.00 |
| 11. | **Medical and dental expenses** | | 11. $ | 1,400.00 |
| 12. | **Transportation.** Include gas, maintenance, bus or train fare. Do not include car payments. | | 12. $ | 400.00 |
| 13. | **Entertainment, clubs, recreation, newspapers, magazines, and books** | | 13. $ | 417.00 |
| 14. | **Charitable contributions and religious donations** | | 14. $ | 100.00 |
| 15. | **Insurance.** Do not include insurance deducted from your pay or included in lines 4 or 20. | | | |
| | 15a. | Life insurance | 15a. $ | 0.00 |
| | 15b. | Health insurance | 15b. $ | 0.00 |
| | 15c. | Vehicle insurance | 15c. $ | 0.00 |
| | 15d. | Other insurance. Specify: | 15d. $ | 0.00 |
| 16. | **Taxes.** Do not include taxes deducted from your pay or included in lines 4 or 20. Specify: | | 16. $ | 0.00 |
| 17. | **Installment or lease payments:** | | | |
| | 17a. | Car payments for Vehicle 1 | 17a. $ | 0.00 |
| | 17b. | Car payments for Vehicle 2 | 17b. $ | 0.00 |
| | 17c. | Other. Specify: | 17c. $ | 0.00 |
| | 17d. | Other. Specify: | 17d. $ | 0.00 |
| 18. | **Your payments of alimony, maintenance, and support that you did not report as deducted from your pay on line 5, Schedule I, Your Income** (Official Form 106I). | | 18. $ | 0.00 |
| 19. | **Other payments you make to support others who do not live with you.** Specify: | | $ | 0.00 |
| 20. | **Other real property expenses not included in lines 4 or 5 of this form or on Schedule I: Your Income.** | | | |
| | 20a. | Mortgages on other property | 20a. $ | 5,260.00 |
| | 20b. | Real estate taxes | 20b. $ | 2,000.00 |
| | 20c. | Property, homeowner's, or renter's insurance | 20c. $ | 500.00 |
| | 20d. | Maintenance, repair, and upkeep expenses | 20d. $ | 500.00 |
| | 20e. | Homeowner's association or condominium dues | 20e. $ | 500.00 |
| 21. | **Other:** Specify: | | 21. +$ | 0.00 |

22. **Calculate your monthly expenses**
   22a. Add lines 4 through 21.                                                                 $ 38,906.00
   22b. Copy line 22 (monthly expenses for Debtor 2), if any, from Official Form 106J-2           $
   22c. Add line 22a and 22b.  The result is your monthly expenses.                              $ 38,906.00

23. **Calculate your monthly net income.**
   23a. Copy line 12 (your combined monthly income) from Schedule I.                  23a. $ 50,000.00
   23b. Copy your monthly expenses from line 22c above.                               23b. -$ 38,906.00

   23c. Subtract your monthly expenses from your monthly income.
        The result is your monthly net income.                                        23c. $ 11,094.00

24. **Do you expect an increase or decrease in your expenses within the year after you file this form?**
   For example, do you expect to finish paying for your car loan within the year or do you expect your mortgage payment to increase or decrease because of a modification to the terms of your mortgage?
   ☐ No.
   ☑ Yes.        Explain here:

# United States Bankruptcy Court
## District of Connecticut

In re   **Donna J. Barnes**                Case No.   **19-20400**

                      Debtor(s)           Chapter   **11**

## DECLARATION CONCERNING DEBTOR'S AMENDED SCHEDULES
## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing:

Amended Schedule A/B:  Property;

Amended Schedule D:  Creditors Who Have Claims Secured by Property; and

Schedule J:  Your Expenses,

and that they are true and correct to the best of my knowledge, information, and belief.

Date   *May 31, 2019*              Signature   /s/ Donna J. Barnes

                                          **Donna J. Barnes**

                                          Debtor

*Penalty for making a false statement or concealing property:*
Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§  152 and 3571.

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com
#707672.1

Best Case Bankruptcy