EXHIBIT A

Estimated Rental Income and Expenses for Cottage: Barnes 33 Bay Street

| | May | June | July | August | September | | NOTES |
|---|---|---|---|---|---|---|---|
| ESTIMATED TOTAL INCOME FROM COTTAGE RENTAL | 1580.64 (Actual) | 7500 (actual will be close to estimate) | 20,800 | 15,000 | 2000 | | Cancel policy is Before 30 days 100% refund. Before 15 days 50% refund |
| **ESTIMATED COTTAGE COSTS TO BE PAID** | | | | | | | |
| **Cleaning Cost\*** | 400 | 1200 | 800 | 400 | 400 | | Cost $200/ cleaning |
| **Management Fee 10%\*\*** | 158 | 750 | 2080 | 1500 | | | \*\* 10 % of rental cost |
| **Cable TV** | | 185 | 185 | 185 | 185 | | |
| **Electricity (est\*\*\*)** | 250 | 250 | 300 | 300 | 200 | | \*\*\* billed to property as a total. |
| **Gas (est)** | 314 | 314 | 314 | 314 | 314 | | Full tank delivered May $1574.99 divided among main usage months |
| **1% Tax Due (7% taxes were prepaid.** | 15 | 75 | 208 | 150 | 30 | | |
| **Repairs/Upkeep** | 200 | 200 | 100 | 100 | 100 | | I can provide receipts as needed |
| **Supplies** | 65.18 | 120.00 | 40.00 | 40.00 | 40.00 | | Cleaning Supplies Etc, I can provide receipts as needed |
| ESTIMATED TOTAL COST COTTAGE ONLY | 1402.18 | 3094 | 4027 | 2989 | 1269 | | |
| **ESTIMATE ESTATE COSTS TO BE PAID** | | | | | | | |
| **Insurance\*** | | 5913.09 | 1795.98 | 1795.98 | 1795.98 | | \* For full estate. |
| **Excess Insurance\*** | | 66.76 | 66.76 | 66.76 | 66.76 | | |
| **Taxes Past Due Fire District** | | | 5905.25 | | | | |
| **Failed Window to be Repalced** | | | 500.00 | | | | |
| **Lawn mowing** | 250 | 250 | 250 | 250 | 250 | | Also Early Spring to Fall |
| **Pool Maintenance\*\*\*\*** | | 500 | 500 | 500 | 500 | | |
| **Main House Gas** | | | | | | | |
| **Main House Electricity** | 550 | 550 | 650 | 650 | 550 | | |
| **Garden Mulch \*\*\*\*** | | 32 | 64 | | | | |
| **Water Bill** | 103 | 206 | 312 | 312 | 206 | | |

25626.000/708998.1

708998

|  | May | June | July | August | September |  | NOTES |
|---|---|---|---|---|---|---|---|
| Home Maintenance |  |  | 500 | 800 | 800 |  | Will provide receipts as needed |
| ESTIMATED TOTAL COTTAGE AND ESTATE | 2305.18 | 10547.85 | 14570.99 | 7363.75 | 5437.74 |  |  |
|  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |
| I would like to be able to use rental income after expenses to pay bills associated with the estate as a whole. | *I have not hired a cleaning company I am doing all the work myself | **I have not hired a management company I am managing the property myself. | *** I am the gardener, house cleaner, laundress, pool tech etc to keep our costs down. |  |  |  |  |

2