UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| In Re: ) | Chapter 11 |
| ) | |
| DONNA J. BARNES, ) | Case No. 19-20400 |
| ) | |
| Debtor ) | |

**EX PARTE MOTION TO SCHEDULE EXPEDITED HEARING
AND SHORTEN NOTICE**

TO THE HONORABLE JAMES J. TANCREDI, UNITED STATES BANKRUPTCY JUDGE:

Donna J. Barnes, debtor and debtor-in-possession (the "Debtor"), by and through her counsel, Reid and Riege, P.C., hereby moves this Court for an order expediting the hearing and shortening notice (the "Motion") on the Debtor's Motion for Use of Cash Collateral on Preliminary and Final Basis (the "Cash Collateral Motion") and, in support thereof, respectfully represents as follows:

1. On March 14, 2019 (the "Filing Date"), the Debtor filed a voluntary petition for relief under Chapter 11 of Title 11 of the United States Code, 11 U.S.C. §101 et seq. (the "Bankruptcy Code") in the United States Bankruptcy Court for the District of Connecticut, Hartford Division. Since the Filing Date, the Debtor has continued in possession and management of her properties as a debtor-in-possession pursuant to Bankruptcy Code sections 1107(a) and 1108.

2. The Debtor and her husband, who is not a debtor under the provisions of the Bankruptcy Code, own real estate located at 33 Bay Street, Westerly, Rhode Island 02891 (the "Property"). The Property is subject to certain mortgages in favor of UBS and Shem Creek Haystack, LLC ("Shem Creek"). By virtue of their mortgages and related documents, UBS and

Shem Creek may claim liens and secured interests in the rents derived from the Property (UBS, and Shem Creek, together with any such other party receiving notice of the Cash Collateral Motion which asserts a security interest in the rents of the Property, the "Secured Creditors").

3. The Debtor, in an effort to generate income to address both certain of the expenses associated with the Property and her own, personal expenses, has agreed to rent the Property to various tenants for up to approximately $7,000 per week, during the prime season of Summer (weekend and off season prices may vary). The Debtor personally manages the Property, in lieu of a management company.

4. The rents generated by the Property fall within the definition of "cash collateral" in 11 U.S.C. section 363(a).

5. Accordingly, on the date hereof, the Debtor has filed the Cash Collateral Motion, pursuant to which the Debtor seeks Court authorization to use th Secured Creditors' cash collateral, both on a preliminary and final basis.

6. Bankruptcy Rule 4001(b)(1)(A) provides that a motion for authority to use cash collateral shall be made in accordance with Rule 9014 and accompanied by a proposed form of order.

7. Bankruptcy Rule 4001(b)(1)(C) provides that service shall be made on any entity with an interest in the cash collateral, the twenty largest unsecured creditors (as there is no Committee in this case) and any other entity that the Court directs.

8. Bankruptcy Rule 4001(b)(2) authorizes an expedited hearing on a motion to use cash collateral to the extent necessary to avoid immediate and irreparable harm to the debtor's estate.

9. By this Motion, the Debtor requests a preliminary hearing on the Cash Collateral Motion on July 3, 2019 at 10:00 a.m. The Debtor believes such an expedited hearing is warranted as

she needs to address immediately various expenses of the Property. The Debtor would effectuate service of the Cash Collateral Motion together with the proposed order forthwith, by electronic transmission, facsimile or overnight mail, to the following parties: (a) all secured creditors; (b) the Office of the United States Trustee; (c) the twenty largest unsecured creditors; and (d) all parties that have filed a notice of appearance. The Debtor believes that such service upon such parties is appropriate.

WHEREFORE, the Debtor respectfully requests that the Court expedite the preliminary hearing and shorten notice of the Cash Collateral Motion as set forth above and grant her such other and further relief as is just and equitable.

Dated at Hartford, Connecticut, this 28th day of June, 2019.

DONNA J. BARNES

By____/s/ Jon P. Newton_____
Jon P. Newton, Esq.
Federal Bar No. ct03376
Reid and Riege, P.C.
Her Attorneys
One Financial Plaza
Hartford, CT 06103
(860) 278-1150