FILED

2019 OCT 23 P 2: 01

CLERK, US BANKRUPTCY COURT
DISTRICT OF CONNECTICUT
HARTFORD

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF CONNECTICUT
## HARTFORD DIVISION

| | | |
|---|---|---|
| IN RE: | : | Chapter 11 |
| DONNA J. BARNES | : | Case No. 19-20400 |
| Debtor | : | |

### MOTION TO ADMIT VISITING ATTORNEY

Pursuant to the District of Connecticut Local Rules of Civil Procedure Rule 83.1(d), Scott D. Rosen, a member in good standing of the bar of this Court, respectfully moves for permission to allow Attorney Theodore Orson to represent LH VT House, LLC, a party in interest in the above-captioned matter for all pretrial and trial purposes. In support of this Motion, and based on the Declaration of Theodore Orson in Support of Motion to Admit Visiting Attorney, submitted herewith, the undersigned represents as follows:

1. Theodore Orson is an attorney at the law firm of Orson and Brusini, Ltd., which maintains its main office at 144 Wayland Avenue, Providence, Rhode Island 02906, telephone number (401) 223-2100; fax number (401) 861-3103 and email address torson@orsonandbrusini.com.

2. Mr. Orson is admitted to and is in good standing with the following: Rhode Island, Massachusetts, U.S. District Court, District of Massachusetts, District of Rhode Island, and U.S. Court of Appeals, First Circuit.

3. Mr. Orson has not been denied admission to, been disciplined by, resigned from, surrendered his or her license to practice before, or withdrawn an application for admission to practice before this Court or any other court, while facing a disciplinary complaint.

4. Mr. Orson is familiar with (i) the Federal Rules of Bankruptcy Procedure, (ii) the Federal Rules of Civil Procedure, (iii) the Local Rules of the United States Bankruptcy Court for the District of Connecticut, (iv) the Local Rules of the United States District Court for the District of Connecticut, and (v) the Connecticut Rules of Professional Conduct.

5. Mr. Orson has designated the undersigned sponsoring attorney as his or her agent for service of process and the District of Connecticut as the forum for the resolution of any dispute arising out Mr. Orson's admission.

Dated: October 22, 2019

*/s/ Scott D. Rosen*

Scott D. Rosen (ct01417)
Cohn Birnbaum & Shea P.C.
100 Pearl Street, 12th Floor
Hartford, Connecticut 06103
Telephone: (860) 493-2200
Facsimile: (860) 727-0361
Email: srosen@cbshealaw.com

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF CONNECTICUT
## HARTFORD DIVISION

| | | |
|---|---|---|
| IN RE: | : | Chapter 11 |
| DONNA J. BARNES | : | Case No. 19-20400 |
| Debtor | : | |

## ORDER
## RE: MOTION TO ADMIT VISITING ATTORNEY, THEODORE ORSON

Upon consideration of the Motion to Admit Visiting Attorney ("Motion"), and there being no opposition thereto, and for good cause shown, it is hereby

ORDERED that the Motion is Granted; and it is further

ORDERED that Theodore Orson shall be and hereby is admitted *pro hac vice* as counsel for LH VT House, LLC; and it is further

ORDERED that Theodore Orson is permitted to appear on behalf of LH VT House, LLC for all purposes in this case and any other matters before this Court related to this case.

BY THE COURT

DATED:

FILED

2019 OCT 23 P 2: 01

CLERK, U.S. BANKRUPTCY COURT
DISTRICT OF CONNECTICUT
HARTFORD

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**HARTFORD DIVISION**

| | | |
|---|---|---|
| IN RE: | : | Chapter 11 |
| DONNA J. BARNES | : | Case No. 19-20400 |
| Debtor | : | |

**DECLARATION OF THEODORE ORSON IN SUPPORT OF**
**MOTION TO ADMIT VISITING ATTORNEY**

Pursuant to D. Conn. L. Civ. R. 83.1(d), the undersigned, Theodore Orson, being duly sworn, deposes and says:

1. I am over the age of eighteen (18) years and believe in the obligations of an oath.

2. I am an attorney employed by the firm of Orson and Brusini, Ltd., which maintains its main office at 144 Wayland Avenue, Providence, Rhode Island 02906, telephone number (401) 223-2100; fax number (401) 861-3103 and email address torson@orsonandbrusini.com.

3. I have not been denied admission to, been disciplined by, resigned from, surrendered his or her license to practice before, or withdrawn an application for admission to practice before this Court or any other court, while facing a disciplinary complaint.

4. I have fully reviewed and am familiar with (i) the Federal Rules of Bankruptcy Procedure, (ii) the Federal Rules of Civil Procedure, (iii) the Local Rules of the United States

Bankruptcy Court for the District of Connecticut, (iv) the Local Rules of the United States District Court for the District of Connecticut, and (v) the Connecticut Rules of Professional Conduct.

5. I am admitted to and is in good standing with the following: Rhode Island, Massachusetts, U.S. District Court, District of Massachusetts, District of Rhode Island, and U.S. Court of Appeals, First Circuit.

6. I have designated the following as my agent for service of process:

> Scott D. Rosen (ct01417)
> Cohn Birnbaum & Shea P.C.
> 100 Pearl Street
> Hartford, Connecticut 06103
> Telephone: (860) 493-2200
> Facsimile: (860) 727-0361
> Email: srosen@cb-shea.com

7. I have designated the District of Connecticut as the forum for the resolution of any dispute arising out my admission.

Subscribed and sworn to before me this 23rd day of October, 2019

Notary Public Scott D. Rosen
Commissioner of The
Superior Court

196406