## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF CONNECTICUT
## HARTFORD DIVISION

| | |
|---|---|
| In re: | Chapter 11 Proceeding |
| Donna J. Barnes aka Donna Jo Barnes fka Donna J. Fahrbach<br>    Debtor | Case No. 19-20400 |
| UBS Bank USA<br>    Movant | |
| vs. | |
| Donna J. Barnes aka Donna Jo Barnes fka Donna J. Fahrbach and, Trustee<br>    Respondent | Re: ECF #135 |

## OBJECTION TO MOTION FOR RELIEF FROM AUTOMATIC STAY (REAL PROPERTY)

Shem Creek Haystack, LLC (hereafter "Shem Creek"), hereby submits its Objection to the Motion for Relief from Automatic Stay (Real Property) (hereafter "Stay Relief Motion"), filed by UBS Bank USA (hereafter "UBS").

1.     USB has filed the Stay Relief Motion seeking to foreclose its first mortgage on the above Debtor's property located at 33 Bay Street, Westerly, Rhode Island 02891 (the "Property"). The Stay Relief Motion incorrectly states that no Disclosure Statement or Plan of Reorganization has been filed with Court (See ¶ 2 of Stay Relief Motion), and that the Debtor has no equity in the Property (See ¶ 11(a) of Stay Relief Motion). A Plan and Disclosure Statement were filed on October 4, 2019 and the liens identified by UBS only encumber the non-debtor spouses' interest, and not the Debtor's interest.

2. In addition, the Stay of Relief Motion ignores the Scheduling Order set by this Court establishing a timeline for approval of bid procedures and a sale of the Property. The sale will be part of the proposed Plan of Reorganization, currently in abeyance pending resolution of a threshold issue relating to the sale free and clear of the non-debtor spouse's lienholders.

3. The Stay Relief Motion also ignores the pending Adversary Proceeding seeking the sale of the Property and the Debtor's spouses' interest in the Property.

4. Therefore, Shem Creek objects to UBS's Stay Relief Motion and requests that such Motion be denied.

Respectfully submitted this 30th day of October, 2019

**SHEM CREEK HAYSTACK LLC**

By /s/ Craig I. Lifland
Craig I. Lifland
Federal Bar No. ct00976
Halloran & Sage LLP
225 Asylum Street
Hartford, CT 06103
Tel.: 860-241-4044
Fax: 860-548-0006
lifland@halloransage.com

6164467v.1