# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| In Re: 19-20400-JJT | ) | Chapter 11    Proceeding |
| | ) | |
| **Donna J. Barnes aka Donna Jo Barnes fka Donna J. Fahrbach** | ) | |
| Debtor | ) | |
| | ) | |
| **UBS Bank USA** | ) | |
| Movant | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| **Donna J. Barnes aka Donna Jo Barnes fka Donna J. Fahrbach and   , Trustee** | ) | |
| Respondent | ) | November 13, 2019 |

## **WITHDRAWAL**

The Creditor, UBS Bank USA (hereinafter, "Creditor") hereby withdraws its Motion for Relief from the Automatic Stay filed on October 16, 2019 (Docket ID No. 135).

                By */s/ Andrew S. Cannella*
                Andrew S. Cannella
                The Movant's Attorney
                Federal Bar No.ct13590
                Bendett & McHugh, P.C.
                270 Farmington Avenue, Suite 171
                Farmington, CT 06032
                Phone: (860) 677-2868
                Fax: (860) 409-0626
                Email: BKECF@bmpc-law.com

## CERTIFICATION OF SERVICE

I hereby certify that on this 13th day of November, 2019, a copy of the foregoing was served to the following:

Donna J. Barnes aka Donna Jo Barnes fka
Donna J. Fahrbach
Debtor
145 Deercliff Road
Avon, CT 06001
*Via First Class Mail*

James R. Barnes
145 Deercliff Road
Avon, CT  06001

Creating Landscaping
Attn:  President/CEO
P.O. Box 246
Narragansett, RI  02882

Chubb Insurance
Attn:  President/CEO
P.O. Box 7247-0180
Philadelphia, PA  19170

Kelly Burke Interiors
Attn:  President/CEO
1040 New Britain Avenue
West Harford, CT  06110

Chubb Insurance
Attn:  President/CEO
P.O. Box 7247-0180
Philadelphia, PA  19170

Jon P. Newton, Esq.
Debtor's Attorney
*Via Electronic Notice of Filing*

U.S. Trustee
Office of the U.S. Trustee
*Via Electronic Notice of Filing*

Bank of America
Attn: President/CEO
P.O. Box 15019
Wilmington, DE 19866

Watch Hill Fire District
Attn: President/CEO
15 Spring Street
Westerly, RI 02891

National Grid
Attn: President/CEO
P.O. Box 960
Northboro, MA 01532

Capital One
Attn: President/CEO
P.O. Box 71083
Charlotte, NC 28727

Affordable Landscape
Attn: President/CEO
P.O. Box 370434
West Hartford, CT 06137

Corey Turner
Attn: President/CEO
109 Commerce Street
Glastonbury, CT 06033

PayPal Credit
Attn: President/CEO
P.O. Box 71202
Charlotte, NC 28727


American Bankers Insurance Company of FL
Attn: President/CEO
P.O. Box 731178
Dallas, TX 75373

State Auto Insurance
Attn: President/CEO
P.O. Box 182738
Columbus, OH  43218

Quinocco Oil
Attn: President/CEO
1400 New Britain Avenue
Farmington, CT  03032

Upromise
Attn: President/CEO
P.O. Box 1337
Philadelphia, PA  19010

Bank of America
Attn: President/CEO
P.O. Box 15019
Wilmington, DE  19866

Mosquito Squad
Attn: President/CEO
2829 East Main Street
Portsmouth, RI  02871

Eversource
Attn: President/CEO
P.O. Box 56002
Boston, MA  02205

Beautiful Cleaning Company
Attn: President/CEO
P.O. Box 1162
Hope Valley, RI  02832

Nordstrom
Attn: President/CEO
P.O. Box 79139
Phoenix, AZ  85062

Dan Solaz
c/o Dan Burgoyne Esq.
Ten Weybosset Street, Suite 800
Providence, RI  02903

Reinhart Food Service, LLC
c/o Peter Clarkin, Esquire
72 Pine Street, 4th Floor
Providence, RI  02903

                By */s/ Andrew S. Cannella*
                    Andrew S. Cannella
                    Movant's Attorney
                    Federal Bar No.ct13590
                    Bendett & McHugh, P.C.
                    270 Farmington Avenue, Suite 171
                    Farmington, CT  06032
                    Phone: (860) 677-2868
                    Fax: (860) 409-0626
                    E-Mail: BKECF@bmpc-law.com