# United States Bankruptcy Court

## District of Connecticut



Filed and Entered
On Docket
November 18, 2019

In re:
    Donna J. Barnes
    Debtor*

Case Number: 19–20400 jjt
Chapter: 11

### NOTICE OF RESCHEDULED HEARING REGARDING BIDDING PROCEDURES

**PLEASE TAKE NOTICE** that Hearing will be held at **450 Main Street, 7th Floor Courtroom, Room 715B, Hartford, CT 06103** on **December 12, 2019** at **03:00 PM** to consider and act upon the following matter(s):

    **Motion to Convert Case from Chapter 11 to Chapter 7 or (II) Terminate Exclusivity or (III) Appoint Chapter 11 Trustee Filed by Craig I. Lifland on behalf of Shem Creek Haystack LLC, Creditor. (Re: Doc #96)**

    **Disclosure Statement Filed by Jon P. Newton on behalf of Donna J. Barnes Debtor . (Attachments: # 1 Schedule A # 2 Exhibit 1 # 3 Exhibit 2 # 4 Exhibit 3)(Newton, Jon) (Re: Doc #127)**

**TO THE FILING PARTY:** If the you or your attorney fail to participate in the above scheduled hearing, the court may enter an order denying the matter(s) identified above.

Dated: November 18, 2019

For the Court

Pietro Cicolini
Clerk of Court

United States Bankruptcy Court
District of Connecticut
450 Main Street, 7th Floor
Hartford, CT 06103

Tel. (860) 240–3675
VCIS* (866) 222–8029
* Voice Case Information System
http://www.ctb.uscourts.gov
Form 112 – lbw