Janice B. Grubin
Barclay Damon LLP
1270 Avenue of the Americas
Suite 501
New York, New York 10020
Telephone:  (212) 784-5808
Facsimile:  (212) 784-5775
Email:  jgrubin@barclaydamon.com

*Counsel to James R. Barnes*

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF CONNECTICUT
## HARTFORD DIVISION

| | |
|---|---|
| In re | Chapter 11 |
| DONNA J. BARNES, | Case No.:  19-20400 |
| Debtor. | |

## NOTICE OF APPEARANCE

**PLEASE TAKE NOTICE** that Janice B. Grubin and the law firm of Barclay Damon LLP

hereby appears in the above-captioned chapter 11 cases as counsel for James R. Barnes, pursuant

to section 1109(b) of title 11 of the United States Code (as amended, the "***Bankruptcy Code***"),

Rules 2002, 3017(a), 9007 and 9010 of the Federal Rules of Bankruptcy Procedure (as amended,

the "***Bankruptcy Rules***"), and requests that copies of any and all notices and papers filed or

entered in these cases and all papers served or required to be served in these cases be given to and

served upon the following:

Janice B. Grubin
Barclay Damon LLP
1270 Avenue of the Americas
Suite 501
New York, New York 10020
Telephone:  (212) 784-5808
Facsimile:  (212) 784-5775
Email:  jgrubin@barclaydamon.com

20128979.1

**PLEASE TAKE FURTHER NOTICE** that, in accordance with section 1109(b) of the Bankruptcy Code, the foregoing request includes not only the notices and papers referred to in the Bankruptcy Rules specified above, but also includes, without limitation, orders and notices of any petition, pleading, complaint, conference, hearing, application, motion, request, or demand, whether formal or informal, written or oral, or transmitted or conveyed by mail, delivery, telephone, telecopy, or otherwise which affect or seek to affect in any way any rights or interests of Mr. Barnes.

**PLEASE TAKE FURTHER NOTICE** that the filing of this Notice of Appearance shall not constitute (a) a waiver of rights to have any and all final orders in any and all non-core matters entered only after *de novo* review by a United States District Court; (b) a waiver of rights to trial by jury in any proceeding as to any and all matters so triable; (c) a waiver of rights to have the reference withdrawn by the United States District Court in any matter or proceeding subject to mandatory or discretionary withdrawal; (d) a waiver of any rights, claims actions, defenses, setoffs, or recoupments; or (e) a consent by Mr. Barnes to the jurisdiction of the United States Bankruptcy Court for the Southern District of New York with respect to any proceeding commenced in these cases against or otherwise involving Mr. Barnes, all of which rights and consents Mr. Barnes expressly reserves.

20128979.1

**PLEASE TAKE FURTHER NOTICE** that this Notice of Appearance and Request for Service of Papers shall not be construed as an appointment of any person or entity as authorized agents of Mr. Barnes, either expressly or impliedly, for purposes of receiving service of process pursuant to Rule 7004 of the Bankruptcy Rules or Rule 4 of the Federal Rules of Civil Procedure.

Dated: March 6, 2020
New York, New York

BARCLAY DAMON LLP

*/s/ Janice B. Grubin*
Janice B. Grubin
Barclay Damon LLP
1270 Avenue of the Americas
Suite 501
New York, New York 10020
Telephone:   (212) 784-5808
Facsimile:  (212) 784-5775
Email:  jgrubin@barclaydamon.com

*Counsel for James R. Barnes*

## CERTIFICATE OF SERVICE

I, Janice B. Grubin, hereby certify that on the 6th day of March, 2020, I caused to be served a copy of the Notice of Appearance filed herewith to be served by this Court's CM/ECF System.

*/s/ Janice B. Grubin*

20128979.1