# United States Bankruptcy Court

## District of Connecticut



Filed and Entered
On Docket
June 29, 2020

**This matter scheduled on July 9, 2020 before the Honorable James J. Tancredi will be held remotely using ZoomGov.**

### CLERK'S NOTICE AND INSTRUCTIONS ON SCHEDULED HEARING

**PLEASE TAKE NOTICE** that pursuant to the Court's General Order #4 Regarding Court Operations under the Exigent Circumstances Created by COVID−19, this matter scheduled on **Thursday, July 9, 2020**, before the **Honorable James J. Tancredi** will be held remotely, **using the ZoomGov platform**.

### Important Policy Notice to the Bar, Public, and Media

Persons granted remote access to hearings and other proceedings held before the Court via ZoomGov, CourtSolutions, CourtCall, or any other remote communication platform, are reminded that pursuant to policy of the Judicial Conference of the United States and D. Conn. Bankr. L. R. 5073−1, it is absolutely prohibited to record, photograph, rebroadcast or retransmit such proceedings (including streaming, screen−shots or any other audio or video reproduction).

A violation of these prohibitions is subject to sanctions, including but not limited to restricted access to future hearings, removal of court issued media credentials, or any other sanctions deemed necessary by the Court.

Inquiries regarding the scheduled remote hearing should be directed to the following Courtroom Deputy email address CourtroomDeputy_Hartford@ctb.uscourts.gov.

**See below for ZoomGov Connection Instructions to participate via video and/or telephonically.**

Topic: USBC–CT Hartford Jul 9, 2020 Hearings

Join ZoomGov Meeting
https://www.zoomgov.com/j/1619579550?pwd=UWFkN0ViY0NtQW5ZN0N4aFYzTHVKUT09

Meeting ID: 161 957 9550
Password: 07–09–htfd
One tap mobile
+16692545252,,1619579550#,,1#,266060# US (San Jose)
+16468287666,,1619579550#,,1#,266060# US (New York)

Dial by your location
+1 669 254 5252 US (San Jose)
+1 646 828 7666 US (New York)
Meeting ID: 161 957 9550
Password: 266060
Find your local number: https://www.zoomgov.com/u/acdS1Ze1x4

For further instruction and best practices for appearing remotely utilizing ZoomGov, please find the ZoomGov Guide for Participants on our website at www.ctb.uscourts.gov.

Dated: June 29, 2020

For the Court

Pietro Cicolini
Clerk of Court

United States Bankruptcy Court
District of Connecticut
450 Main Street, 7th Floor
Hartford, CT 06103

Tel. (860) 240–3675
VCIS* (866) 222–8029
* Voice Case Information System
http://www.ctb.uscourts.gov
Form zoom